UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------------X
SERGEANT HECTOR RODRIGUEZ,

                Plaintiff,                              13CV4138

-against-                                              (CBA)(VMS)

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT ADVOCATE'S OFFICE, DEPUTY INSPECTOR MATTHEW HYLAND, individually and in his official capacity as employee/agent of City of New York and New York City Police Department, CAPTAIN DERRICK S. CORRADO, individually and in his official capacity as employee/agent of the City of New York and New York City Police Department, LIEUTENANT LOUIS DE CEGLIE, , individually and in his official capacity as employee/agent of the City of New York and New York City Police Department, SERGEANT LARRY FLUNORY, individually and in his official capacity as employee/agent of the City of New York and New York City Police Department, DEPUTY COMMISSIONER, ATTORNEY JULIE L. SCHWARTZ, individually and in her official capacity as employee/agent of the City of New York, the New York City Police Department and the New York City Police Department's Advocate's Office, ATTORNEY LISA BLAND, individually and in her official capacity as employee/agent of the City of New York, the New York City Police Department and the New York City Police Department's Advocate's Office, and "JOHN DOES" and "JANE DOES", names being fictitious intended to be officers/representatives/agents/servants of the City of New York, New York City Police Department and/or New York City Police Department Advocate's Office, individually and in their official capacities,

                Defendants.
----------------------------------------------------------------------------------X

## DECLARATION OF STEPHEN DRUMMOND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)

I, STEPHEN DRUMMOND, ESQ., hereby declare:

1. I am a member of the bar of this Court and am a partner with the Law Firm of Drummond & Squillace, PLLC, attorneys for Plaintiff, Mr. Hector Rodriguez, in the within action.

2. I submit this Declaration in Opposition to Defendants' motion, pursuant to Federal Rule of Civil Procedure 12(b), to dismiss Plaintiff's Complaint herein.

3.      Attached to Plaintiff's Memorandum of Law as Exhibit "1" is a true and correct copy of the Complaint and the Exhibits attached thereto.

4.      Attached to Plaintiff's Memorandum of Law as Exhibit "2" is a true and correct copy of the September 10, 2010 Possession of a Controlled Substance and March 21, 2012 Attempted Possession of a Controlled Substance Charges/Specifications issued by Defendants against Plaintiff.

**WHEREFORE,** based upon the Complaint and Exhibits attached thereto, upon the Plaintiff's Memorandum of Law and Exhibits attached thereto, and, based upon Defendants' failure to meet their burden to establish entitlement to dismissal, it is respectfully requested that Defendants' motion to dismiss pursuant to FRCP 12(b) be denied in its entirety.

Dated: Jamaica, New York
       October 14, 2013

_____
STEPHEN L. DRUMMOND (SLD 7359)