EXHIBIT "C"

4 (folder

**INTERNAL AFFAIRS BUREAU**
**GROUP #41**
**INVESTIGATING OFFICERS REPORT**

**From:** Sgt. Larry Flunory

**Log#** 08-32804     **C#** 08-0686     Group 41# 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:**   Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** Israel Sanchez IA Pro History

**Time:**  1030    **Day:** Friday    **Date:** August 29, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On Wednesday, August 20, 2008, the undersigned conducted an IA-Pro History check resulting in the following:

1. FADO
2. Escape Prisoner
3. DRV-Parking Permit Lost
4. DRV-Parking Permit Found
5. Domestic Substantiated
6. DRV
7. DRV – MOS
8. SAM
9. Charge – Specifications
10. Modified

| TIME SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Of Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector Thomas Scollan
Commanding Officer, Group 41

**INTERNAL AFFAIRS BUREAU**
**GROUP #41**
**INVESTIGATING OFFICERS REPORT**

**From:** Sgt. Larry Flunory

**Log#** 08-32804     **C#** 08-0686     Group 41# 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** DMV/PERSONNEL PROFILE INQUIRY ISRAEL SANCHEZ

**Time:** 1030     **Day:** Friday     **Date:** August 29, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**\*\*UPDATE 07/23/08 @ 1458 HRS\*\***As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On Friday, August 29, 2008, the undersigned investigating officer conducted a DMV and Personnel Profile inquiry on the subject officer Israel Sanchez.

**DMV**

**CARS**

2007 Toyota YAR, Black Four Door Sedan
Expiration 2009-02-23 Plate DWU8394

2007 GMC YUKON, Red Suburan
Expiration: 2009-5-10 Plate DXF1704

**LICENSE**

Sanchez, Israel DOB: 1974-11-26
1784 Mountain Road Ottisville, New York 10967

**PERSONNEL PROFILE:**
Israel Sanchez Tax 920802 Date of appoinment: 12/8/97 DOB: 11/26/74
Home Address: Same as above
Monitoring: No
Date Resigned : 9/20/07

Case active



**TIME SPENT**

Clerical:
Observation:
Interview:
Travel

_Sergeant Larry Flanory_
Investigating Officer

_Captain Derrick Corrado_
C.O. Manhattan/Bronx

Page

**VEHICLES**

Dept. Auto #
Pvt. Auto#

**EXPENSES**

$
$

_Lieutenant Patrick J Hickey_
Team Leader

_Deputy Inspector Thomas Schilam_
Commanding Officer, Group 41

Worksheet# 6

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From:  Sgt. Larry Flunory

Log#   08-32804          C#  08-0686                    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation:  Narcotic Use/Steroids

Subject: DMV/PERSONNEL PROFILE INQUIRY

Time:   1030        Day:  Friday        Date:  August 29, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-
INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional
Responsibility is in receipt of information which may involve a member of the
service of the NYPD. During the course of a DEA investigation conducted by the
San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San
Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled
guilty and cooperated with the San Diego Division investigation. Subsequently, Mr.
Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector
Rodriguez, NYPD, in January 2007. This matter is being referred to your office for
whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with
OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to
OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason
recommends this a C-Case to Group 41. (WT)

· On Friday, August 29, 2008, the undersigned investigating officer conducted a DMV
and Personnel Profile inquiry on the subject officer  Hector Rodriguez

DMV

CARS
2007 Nissan Sentra, Gray Four-Door Sedan
Expiration: 2008-11-02 Plate: EHA5059

2001 Kawasaki, Yellow Motorcycle
Expiration: 2009-04-30 Plate: 61GG35

LICENSE

Rodriguez, Hector DOB: 1970-07-27
13 Bernadette Way Washingtonville, New York 10992

PERSONNEL PROFILE:

Hector Rodriguez Tax # 916569  Date of Appointment: 6/30/95
Home address:  Same as above
Firearms processed:   SW Automatic Serial # VDE11125
                     SW Revolver  Serial #: BUF8644

Case active.



TIME SPENT

Clerical:
Observation:
Interview:
Travel:

Sergeant Larry Flagley
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Page

VEHICLES

Dept. Auto #
Pvt. Auto#

EXPENSES

$
$

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector Thomas Scollin
Commanding Officer, Group 41

Worksheet#    5

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

From:  Sgt.  Larry Flunory

Log#  08-32804        C#  08-0686        Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject:  CONFERRAL WITH SPECIAL AGENT
          CARTER MANNING
          TELEPHONE NUMBER   (619) 590-5901

Time:   1110      Day:   Saturday      Date:  October 25, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez, with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0221. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On Friday, September 19, 2008, the I/O conferred with Special Agent Carter Manning.  Agent Carter Manning stated this investigation started as an internet steroid investigation in Mexico.

Subsequently, the investigation led to an internet steroid case involving China. During the course of that investigation, the DEA purchased steroids via internet from a subject later identified as New York City Police Officer Israel Sanchez.

Former Police Officer Israel Sanchez is cooperating with the DEA. Mr. Sanchez gave information that led to this case and another case involving another former New York City Police Officer Rafael Gonzalez.  As a result of Mr. Sanchez information, St. James Police Officer Rafael Gonzalez was ordered to take a drug test and he refused and resigned.

Mr. Sanchez pled guilty already and his sentence will be determined by his cooperation.  A federal grand jury in San Diego indicted Israel Sanchez and charged him with the following:

(a) Conspiracy to import anabolic Steroids
(b) Conspiracy to lauder money
(c) Conspiracy to distribute anabolic Steroids

Case active.



EXPENSES

VEHICLES

SPENT

Dept. Auto #
Pvt. Auto#

$
$

Clerical:
Observation:
Interview:
Travel

Sergeant Larry Flanory
Investigating Officer

Captain Herrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Worksheet# 13

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804    C# 08-0686    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: INTERNET INQUIRY    Date: October 25, 2008
Time:    1145    Day:  Saturday

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division for distribution of Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division. Sgt. Hector investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On Wednesday, September 24, 2008, the undersigned I/O conducted an inquiry on the subject officer utilizing the internet. The I/O found two articles related to this investigation.

a) Daily News Article title:  City Cop Snared in Steroid ring http://www.daily news.com

b) U.S. Department of Justice http:// www.bodybuilding-tips.net

Case active.

| SPENT | VEHICLES | EXPENSES |
| --- | --- | --- |
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Deerick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Worksheet# 14 a-k

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804          C# 08-0686          Group 41# 08-119

Accompanying Investigator(s): N/A

Case Investigator:    Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: ATTEMPT·TO CONTACT TRANSIT BUREAU
DISTRICT 12 I.CO. LIEUTENANT FITZPATRICK
TELEPHONE NUMBER (718) 430-0900
(718) 430-1213

Time:    1150    Day:  Saturday    Date:  October 25, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On Wednesday, October 8, 2008, the I/O attempted to contact Transit Bureau Task Force District 12 I.C.O. via telephone. The I/O was informed the I.C.O. works various tours. He was not available. The I/O left a group 41 telephone number.

*The I/O wants to check, Israel Sanchez prior command locker for the "throw away cell phones" that contain the subject officer cell number.*

Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O/ Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Worksheet# 16

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From:  Sgt.  Larry Flunory

Log#  08-32804          C#  08-0686          Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation:  Narcotic Use/Steroids

Subject:  ATTEMPT TO CONFERRAL WITH GROUP 22
LIEUTENANT  BALDWIN
TELEPHONE NUMBER (718) 828-2020

Time:   1150      Day:  Saturday     Date:  October 25, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may
involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San
Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of
steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division
investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector
Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem
appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at
(973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to
Group 41. (WT)

On Thursday, October 9, 2008, the undersigned was instructed by the team leader
to obtain the case folder log # 07-36035 investigated by Lieutenant Baldwin of Group 22.
The aforementioned log was a prior case on Israel Sanchez investigated by IAB.

The I/O telephoned group 22 and was informed Lieutenant Baldwin is not
available and he is now the administrative Lieutenant. He works Monday – Friday.

Case active.

SPENT                    VEHICLES           EXPENSES
Clerical:                Dept. Auto #       $
Observation:             Pvt. Auto#         $
Interview:
Travel

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O.Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Worksheet# 17

Page

## INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804        **C#** 08-0686        Group 41# 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** CONFERRAL WITH GROUP 22
LIEUTENANT BALDWIN
TELEPHONE NUMBER (718) 828-4365

**Time:** 1200        **Day:** Saturday        **Date:** October 25, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation for distribution of Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On Tuesday, October 21, 2008, the I/O conferred with Lieutenant Baldwin of Group 22. Lieutenant Baldwin stated he investigated Police Officer Israel Sanchez however he was also aware of the DEA case. When the DEA took down their case Lieutenant Baldwin was present and he was also present when Police Officer Israel Sanchez resigned from the New York City Police Department. Lieutenant Baldwin stated regarding the case folder, it is available any time to copy and review.

Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sgt. [signature]
Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

[signature]
Lieutenant Patrick J. Hickey
Team Leader

Worksheet#

Page

# INTERNAL AFFAIRS BUREAU
## GROUP #41
### INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0686    Group 41# 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** CONFERRAL WITH TRANSIT I.C.O.
LIEUTENANT FITZPATRICK
TELEPHONE NUMBER (718) 430-0900/430-1213

**Time:** 1200    **Day:** Saturday    **Date:** October 25, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached.(WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On Tuesday, October 21, 2008, the I/O received a telephone call from Transit District 12 I.C.O. Lieutenant Fitzpatrick. The I/O asked about Israel Sanchez locker. Lieutenant Fitzpatrick stated Police Officer Israel Sanchez locker has not been open. The I/O informed Lieutenant Fitzpatrick, after he confer with the team leader, we can schedule a date to open said locker.

Case active.

| SPENT | VEHICLES | | EXPENSES |
|---|---|---|---|
| Clerical: | Dept. Auto # | | $ |
| Observation: | Pvt. Auto# | | $ |
| Interview: | | | |
| Travel | | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Worksheet#

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log#   08-32804      C#  08-0686                    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation:   Narcotic Use/Steroids

Subject: PHOTO ARRAY

Time:   0930      Day:  Tuesday       Date: November 18, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0022. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On Friday, November 14, 2008, the undersigned I/O prepared a photo array of the subject officer Hector Rodriguez for the witness in this case ex-New York City Police Officer Israel Sanchez.

Case active.

TIME SPENT            VEHICLES              EXPENSES
Clerical:             Dept. Auto #          $
Observation:          Pvt. Auto#            $
Interview:
Travel:

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer, Group 41

Worksheet#

Page

**INTERNAL AFFAIRS BUREAU**
**GROUP #41**
**INVESTIGATING OFFICERS REPORT**

From:  Sgt. Larry Flunory

Log#   08-32804          C# 08-0686          Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject:   ATTEMPT TO CONTACT ISRAEL SANCHEZ

Time:   1445          Day:  Tuesday          Date: November 18, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

On Saturday, November 15, 2008, the undersigned I/O attempted to contact Israel Sanchez by telephone utilizing the following numbers:

(845) 282-4300
(845) 282-4908
(845) 412-5104

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer, Group 41

Worksheet# 26

Page

25

27

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0686    Group 41# 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** BACKGROUND OF SERGEANT HECTOR RODRIGUEZ

**Time:** 1445    **Day:** Tuesday    **Date:** November 18, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

1. A background check of Sergeant Hector Rodriguez was conducted with the following results:

**Sergeant Hector Rodriguez**
Tax# 916569
Appointed: 6/30/1995
Current Assignment:Bronx Narcotics

**MOS PHOTO ARRAY SYSTEM**
Subject Officer photographed enclosed in case folder

**IAPRO:** Reveals 8 incidents
  Evidence Discrepancy Lab Narc
  Evidence Discrepancy Lab Narc
  Evidence Discrepancy Lab Narc
  Evidence Discrepancy Lab Narc
  Evidence Discrepancy Lab Narc
  Evidence Discrepancy Lab Narc
  Lost Shield
  Narcotic Use Steroids

**PEPR:** Residence: 13 Bernadette Way Washingtonville, New York
  Firearms:  S/W  Automatic Serial Number VDE1123
       S/W  Revolver Serial Number  BUF8644
       Arrest:  217   Felonies   747   Misdemeanors   143
       Infractions   10   Resisting

**DMV**  Reveals MOS is not scofflaw and meets department requirements.

| TIME SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer, Group 41

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:        Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:          Sgt. Flunnory, Internal Affairs Bureau, Group 41

Subject:     TEAM LEADER'S CASE REVIEW

Check one:   Receipt of Case____    Interim Review  X    Final____

Log # 08-32804      (C) Case # 08-0686        Group # 08-119

ALLEGATION: NARCOTIC USE/ STEROIDS

Case Reviewed:  Time: 0900        Day: Tuesday        Date: 12/16/08

A) Request subpoena for phone recorded. W/S# __83__

B) Obtain mail cover for S/O's residence. W/S# __27__

C) Continue with surveillance on S/O. W/S# _15,19,64_

D) Prepare to conduct second garbage pick up on S/O. W/S# _55_

E) Continue with investigation.

Team Leader:        Patrick J. Hickey

                                        Signature

Investigator: Signature _Sgt._____

Team Leader: Signature _____

Commanding Officers Signature: _____

Note:  Every case must be reviewed upon receipt, upon closing, and at a minimum,
EACH 30-day period while active.  This report must be indexed in the case folder.

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804    C# 08-0686    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:    Sergeant Larry Flunory

Allegation:  Narcotic Use/Steroids

Subject: Contact Israel Sanchez

Time:    1730    Day:  Saturday    Date:  December 27, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-
INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional
Responsibility is in receipt of information which may involve a member of the
service of the NYPD. During the course of a DEA investigation conducted by the
San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San
Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled
guilty and cooperated with the San Diego Division investigation. Subsequently, Mr.
Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector
Rodriguez, NYPD, in January 2007. This matter is being referred to your office for
whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with
OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to
OPR File # AD-08-0222. Copy of fax attached. (WT)

   On Saturday, December 27, 2008, the undersigned contacted the witness in this case
former police officer Israel Sanchez.  The I/O questioned him regarding his arrest status.
Israel Sanchez reiterated the fact that he took a plea to four year in prison, his next court
date is February 2009. Mr. Sanchez believes he may not have to start his sentence at that
time because of his cooperation with the DEA.  Furthermore Mr. Sanchez stated his
contact person with the DEA is Agent Carter Manning telephone number 619 520-9450.

Case active.

| TIME SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derriek Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector Thomas Scollan
Commanding Officer, Group 41

Worksheet# 37

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log#    08-32804    C#  08-0686    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:    Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: Attempt to Contact DEA Agent Carter Manning
Telephone Number 619-520-9450

Time:    1800    Day:   Saturday    Date:  December 27, 2008

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-
INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional
Responsibility is in receipt of information which may involve a member of the
service of the NYPD. During the course of a DEA investigation conducted by the San
San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San
Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled
guilty and cooperated with the San Diego Division investigation. Subsequently, Mr.
Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector
Rodriguez, NYPD, in January 2007. This matter is being referred to your office for
whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with
OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to
OPR File # AD-08-0222. Copy of fax attached. (WT)

On Saturday, December 27, 2008, the I/O attempted to contact former New York City
Police Officer Israel Sanchez DEA contact person Agent Carter Manning. The I/O is
attempting to contact Mr. Carter Manning for any records the DEA obtained that may
assist in this investigation of Sergeant Hector Rodriguez.

Case active.

| TIME SPENT | VEHICLES | EXPENSES |
| --- | --- | --- |
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector Thomas Scollan
Commanding Officer, Group 41

Worksheet# 38

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804      C# 08-0686.      Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: CONVERSATION WITH D.E.A. AGENT CARTER MANNING

| Time: | 2200 | Day: | Friday | Date: | January 2, 2009 |
|---|---|---|---|---|---|

(VT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA.***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per DI. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On Tuesday, December 30, 2008, the undersigned I/O received a telephone call from DEA Agent Carter Manning. Agent Manning stated, Israel Sanchez is currently working with the DEA on another internet steroid investigation.

Israel Sanchez next court appearance is scheduled for February 2009.  Agent Manning expects Mr. Sanchez sentencing to be postpone due to his involvement with other steroid investigations.

Agent Manning also stated, he conducted a search warrant on Israel Sanchez hush mail account; and it revealed that Mr. Sanchez told this source to send the subject officer Hector Rodriguez Human Growth Hormones. Agent Manning stated, he will search his files for all records pertaining to subject officer Hector Rodriguez.

Case active.

| SPENT | | VEHICLES | EXPENSES |
|---|---|---|---|
| Clerical: | | Dept. Auto # | $ |
| Observation: | | Pvt. Auto# | $ |
| Interview: | | | |
| Travel | | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer, Group 41

Worksheet# 34

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From:  Sgt. Larry Flunory

Log#   08-32804       C#   08-0686       Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation:  Narcotic Use/Steroids

Subject:  SECOND I-PRO INQUIRY FOR NEW SIMIAR CASES ON THE
SUBJECT OFFICERS: HECTOR RODRIGUEZ AND
ISRAEL SANCHEZ

Time:   2100       Day:   Friday       Date:  January 2, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may
involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San
Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of
steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division. Sgt. Hector
investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector
Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem
appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at
(973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS***As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to
Group 41. (WT)

On Friday, January 2, 2009, the undersigned I/O conducted a second I-Pro check
on the subject officers in this case for any new cases or similar allegations.

Sergeant Hector Rodriguez has no new cases.

Former Police Officer Israel Sanchez inquiry revealed a new Log 08-56455
Allegations: DRV-Drive Lic Susp/Revoked/Exp-
On 12/11/08 @ 1138 hrs. C/C/ received notice from NYS DNV-weekly
modification that the subject Israel Sanchez diver's license 950146659 will
be suspended on January 7, 2009, for failure to answer summonses.

Case active

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.Of Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer, Group 41

Worksheet# 46

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:       Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:         Sgt. Flunnory, Internal Affairs Bureau, Group 41

Subject:    TEAM LEADER'S CASE REVIEW

Check one:   Receipt of Case ___   Interim Review __X__   Final ___

Log # 08-32804      (C) Case # 08-0686,      Group # 08-119

**ALLEGATION: NARCOTIC USE / STEROIDS**

Case Reviewed:  Time: 1400      Day: Sunday      Date: 1/11/09

A) Review subpoena for phone recorded. W/S# 51

B) Obtain mail cover for S/O's residence. W/S# 87

C) Continue with surveillance on S/O. W/S# 56, 60, 64

D) Prepare to conduct second garbage pick-up on S/O. W/S# 55

E) Continue with investigation.

Team Leader:          Patrick J. Hickey

Signature _____

Investigator: Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

<u>Note</u>:  Every case must be reviewed upon receipt, upon closing, and at a minimum,
<u>EACH</u> 30-day period while active. This report must be indexed in the case folder.

41

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory.

Log# 08-32804        C# 08-0886                    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: RECEIPT OF DRUG ENFORCEMENT AGENT CASE FOLDER,
REGARDING SUBJECT OFFICER HECTOR RODRIGUEZ
Time:    1200        Day: Thursday          Date: February 5, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member
of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0221. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzoti from CHIA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

On February 3, 2009, the undersigned received DEA Special Agent Charles C.
Manning case paper work related to subject officer Hector Rodriguez:

        a) Emails obtained from cooperating witness  former N.Y.C. Police Officer
Israel Sanchez to Klaus Jurgen Preischel. Mr. Klaus Jurgen Preischel DOB 6/9/1980
of 250 Charleston Avenue Romeoville, Il 60446 sells H.G.H. Klaus Prischel did send a
supply of HGH to the subject officer. Hector Rodriguez, at S/O's address 13 Bernadette
Way, Washingtonville, New York 10992. (Date January 11, 2007)
United States Mail Tracking # ED75440 1730US. The cost of the HGH kit $385.00.

        b) Special Agent Manning DEA Report  containing an interview with
cooperating former Police Officer Israel Sanchez. The report is consistent with the
information that Israel Sanchez informed the I/O during the course of this investigation.

        Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Detrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer , Group 41

Worksheet# 44 (Folder)

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804    C# 08-0686    Group 41# 08-119\

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: REAL TIME CRIME RECORDS CHECK

Time: 1210    Day: Thursday    Date: February 5, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHA***FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member
of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

On February 4, 2009, the undersigned had a real time records check on the subject
officer's cell phone number 845-364-1656 for subscriber information.    The results
were:

On April 4, 2007, a complainant name Sgt. Rodriguez reported a vehicle accident
at E. 5 Street and C Street  ANIAL# 8453641656  Job# W04476  Precinct 9th

Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer , Group 41

Worksheet# 4/7(ฉ-ป)

Page

**INTERNAL AFFAIRS BUREAU**
**GROUP #41**
**INVESTIGATING OFFICERS REPORT**

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0686    Group 41# 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** CONVERSATION WITH COOPERATING WITNESS ISRAEL SANCHEZ

**Time:** 1220    **Day:** Thursday    **Date:** February 5, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA.***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and copes of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your personal use with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzul from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On February 4, 2009, the I/O was present at 1784 Washington Road Otisville, New York. The I/O handed Israel Sanchez the below listed property retrieved from Israel Sanchez Transit Department locker.
Misc. Coins, family pictures, and books.

The I/O also handed Israel Sanchez the two cell phones retrieved from his locker, Mr. Sanchez retrieved cell number **845- 364- 1656** and identified the said number as Sergeant Hector Rodriguez's cell number.
Mr. Sanchez further retrieved the following numbers from the prepaid phones:

**646 201- 1676**
**201 615-9502**

During the said conversation, Mr. Sanchez stated January 2007 s/o Rodriguez ordered HGH for about $235.00 and paid with a Green Dot Card, and May 2007 the s/o Rodriguez ordered a steroid kit for an unknown price also using a Green Dot Card (both orders combine cost about $1,000). Mr. Sanchez reiterated the money was transferred to Mr. Sanchez via a green dot card account. S/O Rodriguez would then purchase a green dot card put money on the account. S/O Rodriguez would then telephone Mr. Sanchez with his (Rodriguez) card number. Mr. Sanchez then would transfer  S/O Rodriguez money from his green dot card into Mr Sanchez's account.

Mr. Sanchez mailed the Steroids.  Mr. Sanchez's HGH supplier mailed that product via U.S. mail using a tracking number  to Hector Rodriguez's residence in Washingtonville, New York.  Furthermore, Mr. Sanchez reiterated he can identify the subject officer, Hector Rodriguez, their contact was by telephone only.

Mr. Sanchez stated he is still cooperating with the DEA on unrelated steroid cases for court consideration. Mr. Sanchez next court date is Monday, February 23, 2009.

Case active

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer , Group 41

Worksheet# 48a

$

Pvt. Auto#

Observation:
Interview:
Travel

Sergeant Larry Flannery
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From:  Sgt. Larry Flunory                          Group 41# 08-119

Log#   08-32804        C# 08-0686

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject:   REQUEST SUBPOENAS          Date: February 5, 2009

Time:   1230    Day: Thursday

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA.***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Croutin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On February 5, 2009, the undersigned requested subpoenas for subscriber information and cell phone records from December 1, 2006 to October 31, 2007 on the following cell numbers:

646-201-1676
845-364-1656
201-615-9502

Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer , Group 41

Worksheet# 4/9

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

Date of Report 02/05/09

## INVESTIGATING OFFICER'S REPORT

From: Sgt. Steven Mattioli                Command: IAB Group #41

Case #C08-686          Group 41#08-119          Log Number: 08-32804

Case Investigator: Sgt. Flunory

Allegation: Narcotics Use - Steroids

**SUBJECT: SURVEILLANCE AT LOCAL HEALTH CLUBS POSSIBLY FREQUENTED BY SUBJECT OFFICER SGT. HECTOR RODRIGUEZ**

*Former MOS alleges that in January of 2007 he provided steroids to Sgt. Hector Rodriguez #916569 of Bronx Vice Enforcement.*

On 02/05/09 Sgt. Steven Mattioli was present at the following fitness centers located in Orange County, NY for the purpose of ascertaining whether S/O Sgt. Hector Rodriguez of Washingtonville, NY, who is assigned to the Midnight Team at Bronx Vice Enforcement, frequents any of these fitness centers:

1330 hrs – *Proactive Health and Fitness* 26 West Main Street, Washingtonville. I/O did not observe S/O entering/exiting above club. 2007 Nissan Sentra Pl# EHA-5059 registered to S/O, was not observed in the parking lot or immediate vicinity of the health club. Surveillance terminated at 1415 hrs.

1435 hrs – *Gold's Gym* 60 Route 17M, Harriman. I/O did not observe S/O entering/exiting above club. S/O's vehicle was not observed in the parking lot or immediate vicinity of the health club. Surveillance terminated at 1500 hrs.

1515 hrs – *Straub's Fitness Center* 791 Route 17M, Monroe. S/O was not observed entering/exiting the above club. S/O's vehicle was not observed in the parking lot or immediate vicinity of the fitness center. Surveillance terminated at 1600 hrs.

Case open.

Investigating Officer: _____  Supv. Signature: _____
                        Steven Mattioli                    Patrick Hickey
                        Sergeant                           Lieutenant

CO Manhattan/Bronx: _____        CO Grp#41: _____
                     Derrick Corrado                     David Grossi
                     Captain                             Deputy Inspector

Worksheet # 5

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sergeant Arthur Staudinger

Log#-08-32804    Case# 08-0686    Group41#-

Accompanying Investigator(s): Sgt. Vega

Case Investigator: Sergeant Arthur Staudinger

Allegation: STEROID USE

Subject: SURVEILLANCE

Time: 1830    Day: Tuesday    Date: 2/17/09

1. I/O and accompanying investigator proceeded to 13 Bernadette Way, Washingtonville, NY to conduct surveillance on Sgt. Hector Rodriguez. Upon arrival at his residence investigators setup surveillance. Approximately thirty minutes passed with no sign of the vehicle, 98 Nissan Altima-Grey.

2. Investigators then proceeded to canvas local fitness centers for the vehicle. The 24 hour Gym, located at 9 Fairlawn Drive, was canvassed with negative results. The next closest gym was located 17 miles away in Newburgh, NY and was not canvassed.

3. Investigators proceeded to Bronx Vice Enforcement Unit and located the subject's vehicle in the parking lot of the facility. Surveillance was then terminated.

| TIME SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Autos: | $ |
| Observations: | Pvt. Autos: | $ |
| Interview: | | |
| Travel: | | |

Sergeant Arthur Staudinger
Investigating Officer

Lieutenant Patrick Hickey
Team Leader

Captain Derrick Corrado
Commanding Officer
Area A

Deputy Inspector David Grossi
Commanding Officer
Group #41

Worksheet(s)# 53
Attachments

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804    C# 08-0686    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator: Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: E-Justice Check on Klavs Pritchet DOB: 6/9/1980

Time: 1700    Day: Wednesday    Date: February 18, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On Monday, February 16, 2009, the undersigned instructed Detective Corbett to perform an E-Justice criminal history check on Klavs Jurgen Pritchet DOB: 6/9/1980 of 250 Charleston Avenue Romeoville, IL 60446. **The E-Justice inquiry check was negative, no record.**

Mr. Klavs Jurgen Pritchet is identified as the individual who in January 2007, the cooperating witness former New York City Police Officer Israel Sanchez ordered Human Growth Hormone (HGH) from and instructed him(Klavs Jurgen Pritchet ) to send the HGH to the subject officer Hector Rodriguez residence via the United States Postal Service in exchange for $385.00.

During DEA Special Agent Charles Manning interview he informed the I/O that during his investigation Mr. Klavs Pritchet was not arrested because Mr. Klavs Pritchet actions involving HGH is only a FDA violation. During the course of Agent Charles Manning investigation "Operation RAW DEAL" an international case targeting anabolic steroids, which resulted in over 100 search warrants and arrest. Mr. Klavs Pritchet's HGH case was not the criteria or focus of the investigation.

Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick F. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer , Group 41

54

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804     **C#** 08-0686     Group 41# 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** GARBAGE PICK-UP #2

**Time:** 1600    **Day:** Wednesday    **Date: February 18, 2009**

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On Tuesday, February 17, 2009, the undersigned along with members of Group 41 team #1 conducted a **second** garbage pick up operation at 13 Bernadette Way Washingtonville, New York 10992, under the direct supervision of Lieutenant Hickey.

1525 hours, the I/O prepared a Tac Plan enclosed in the case file.

1830 hours, Tac Meeting

1905 hours, Team departed Command

2130 hours, Team arrived at s/o residence 13 Bernadette Way

2140 hours, I/O observed the following:
    -house lights operational on all floors including the s/o's garage.
    -dark color vehicle parked inside driveway with no front plate
    - 2007, Toyota, 2Dr, White,New York Plate:DUB 5358 parked
      in front of the s/o's driveway

2330 hours, I/O observed s/o's garbage on the public street

2345 hours, Operation Garbage Pick Up commenced

2400 hours, Team departed s/o residence with two plastic bags of garbage.

0030 hours, I/O searched S/O Garbage. Sgt. Rothenbucher performed recorder duties. Search location was in the rear of "Uno Chicago" 120 Centre Dr. Valley, New York 10917 I/O recovered one item a prescription label for Heather Rodriquez, issued at CVS Pharmacy at 30 Brotherhood Plaza Washingtonville, New York 10992 for "Azithromycin" 250 MG Prescriber Barbara Beyer Rx #747662

0045 hours, Team departed aforementioned searching location

0110 hours, Team arrived back at Group 41 without incident.

0130 hours, I/O went E.O.T.

Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flanory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer , Group 41

Worksheet#    55

Page

56

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:       Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:         Sgt. Flunnory, Internal Affairs Bureau, Group 41

Subject:    TEAM LEADER'S CASE REVIEW

Check one:   Receipt of Case _____   Interim Review   X   Final _____

Log # 08-32804      (C) Case # 08-0686        Group # 08-119

ALLEGATION: NARCOTIC USE/STEROIDS

Case Reviewed: Time: 1500        Day: Tuesday        Date: 2/18/09

A) Review subpoena for phone recorded W/S # 4Q

B) Obtain mail cover for S/O's residence W/S # 8]

C) Continue with surveillance on S/O W/S# 15, 19, 31, 34, 35

D) Conduct second garbage pick up on S/O W/S# _____

E) Continue with investigation.

Team Leader:        Patrick J. Hickey

                                                    Signature

Investigator: Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

Note: Every case must be reviewed upon receipt, upon closing, and at a minimum,
EACH 30-day period while active. This report must be indexed in the case folder.

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804          **C#** 08-0686          Group 41# 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** CONFERRAL WITH POSTAL INSPECTOR ROBERT COHEN

| Time: | 1600 | Day: | Friday | Date: February 13, 2009 |
|-------|------|------|--------|--------------------------|

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHA**FORMER MOS:INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CHA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

On Thursday, February 12, 2009 at about 1500 hours, the undersigned along with Sergeant Staudinger in department auto 8816 were at U.S. Postal Inspector Robert A. Cohen JFK office. The I/O was attempting to gather information on the tracking number found on Israel Sanchez' email ED754401730US.

Inspector Cohen confirmed it is an express mail tracking number. Inspector Cohen conducted a computer check at his desk and stated the information is maintained for 90 days and the number is not in the data base he checked.

Inspector Cohen then called  the post office manager in Washingtonville, the location where the package was delivered; and instructed the Washingtonville manager to locate evidence on the aforementioned package.  Inspector Cohen further stated the records are maintained at the locate post office for two years.  They may also have to check a storage facility because the number is over two year old. Postal Inspector Cohen further stated he will notify the I/O once he obtain any information.

Case active.

| SPENT | VEHICLES | EXPENSES |
|-------|----------|----------|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer , Group 41

Worksheet# 57

# INTERNAL AFFAIRS BUREAU
## GROUP #41
### INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804     C# 08-0686     Group 41# 08-119

Accompanying Investigator(s): N/A

Case Investigator: Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: Up Grade Case to B2

Time:    1400     Day: Tuesday     Date: March 3, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS.INFO ONLY/NARCOTICS. USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israd Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File #AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizardi from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On March 3, 2009, the case was upgraded from a B3 to a B2 after conferring with the team leader based on the evidence in this case.

a) Internet records showing steroids mailed to the subject officer's residence
b) Subject officer's Cell # on cooperating witness cell phone
c) Cooperating witness stated he sold steroids to the subject officer.
d) I/O possess a United States Postal tracking number for a delivery of steroids to the subject officer's residence as per Email communication.

On July 29, 2008, the I/O received this case a B3.    Based on the aforementioned this case is up graded to a B2.

Case active.

| | SPENT | | VEHICLES | | EXPENSES |
|---|---|---|---|---|---|
| Clerical: | | | Dept. Auto # | | $ |
| Observation: | | | Pvt. Auto# | | $ |
| Interview: | | | | | |
| Travel | | | | | |

Sergeant Larry Flunory
Investigating Officer

Lieutenant Patrick J. Hickey
Team Leader

Captain Derrick Corrado
C.O. Manhattan/Bronx

Deputy Inspector David Grossi
Commanding Officer, Group 41

Worksheet# 61a -C

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:        Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:          Sgt. Flunnory, Internal Affairs Bureau, Group 41

Subject:     TEAM LEADER'S CASE REVIEW

Check one:   Receipt of Case ____   Interim Review _X_   Final ____

Log # 08-32804      (C) Case # 08-0686.          Group # 08-119

ALLEGATION: NARCOTIC USE/ STEROIDS

Case Reviewed: Time: 1300      Day: Thursday      Date: 3/5/09

A) Obtain mail cover for S/O's residence. W/S# _81_

B) Continue with surveillance on S/O. W/S# _15, 19, 31, 34, 35, 56_

C) Confer with Orange County District Attorneys Office. W/S# _69, 71, 72_

D) Continue with investigation.

Team Leader:     Patrick J. Hickey

Signature _____

Investigator: Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

Note:  Every case must be reviewed upon receipt, upon closing, and at a minimum,
EACH 30-day period while active. This report must be indexed in the case folder.

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0686    **Group 41#** 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject: CONFERRAL WITH DEPARTMENT ADVOCATE LISA BLAND**

**Time:** 1200    **Day:** Saturday    **Date:** 4/4/09

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

       On March 28, 2009, the I/O went to the department advocate Office and spoke with attorney Lisa Bland. Attorney Bland stated that this case has a lot of circumstantial evidence. The I/O should perform additional investigative steps to prove the subject officer did possess steroids.

       Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

_[signature]_
Sergeant Larry Flunory
Investigating Officer

_[signature]_
Captain Derrick Corrado
C.O. Manhattan/Bronx

_[signature]_
Lieutenant Patrick J. Hickey
Team Leader

_[signature]_
Deputy Inspector David Grossi
Commanding Officer, Group 41

Worksheet# 65

Page

# INTERNAL AFFAIRS BUREAU
## GROUP #41
### INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804     **C#** 08-0686     **Group 41#** 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject: CONFERRAL WITH I.A.B. FINANCIAL**

| Time: | 1200 | Day: | Saturday | Date: | 4/4/09 |
|---|---|---|---|---|---|

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On April 2, 2009, the I/O conferred with I.A.B. Financial Police Officer Doty telephone number 212 741-4642. The I/O requested the status of a public records and financial request on the subject officer. Police Officer Doty states that Lieutenant Sarayli is not available. The I/O left a call back number.

Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
C/O Commanding Officer, Group 41

Worksheet# 66

Page