# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log#  08-32804  C#  08-0686  Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: Conferral-Orange County District Attorney's Office

| Time: | 1400 | Day: Friday | Date: April 24, 2009 |
|-------|------|-------------|----------------------|

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israd Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

:   On April 24, 2009, the undersigned conferred with the Orange County District Attorney's Office regarding the investigation.

Case active.

| SPENT | VEHICLES | EXPENSES |
|-------|----------|----------|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer , Group 41

Worksheet# 69

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:      Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41.

To:        Sgt. Flunnory, Internal Affairs Bureau, Group 41

Subject:   TEAM LEADER'S CASE REVIEW

Check one:  Receipt of Case____   Interim Review _X___ Final____

Log # 08-32804        (C) Case # 08-0686        Group # 08-119

ALLEGATION: NARCOTIC USE/ STEROIDS

Case Reviewed: Time: 1000        Day: Thursday        Date: 6/04/09

A) Obtain mail cover for S/O's residence. W/S# _87_

B) Continue with surveillance on S/O. W/S# _14, 42, 91, 34, 7, 5, 56_

C) Confer with Orange County District Attorneys Office. W/S# _69, 71, 72_

D) Continue with investigation.

Team Leader:       Patrick J. Hickey

                                                      Signature _____

Investigator: Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

Note: Every case must be reviewed upon receipt, upon closing, and at a minimum, EACH 30-day period while active. This report must be indexed in the case folder.

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0686    **Group 41#** 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** ATTEMPT TO CONTACT WITNESS ISRAEL SANCHEZ
TELEPHONE NUMBER: 845-412-5104
845-282-4908

**Time:** 1200    **Day:** Friday    **Date:** June 12, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On the aforementioned date, the undersigned made numerous attempts to contact Isreal Sanchez the witness in this investigation. The purpose is to ascertain if there is any new information and to ascertain Israel Sanchez's next court date.

Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Mickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer , Group 41

Worksheet# 75

Page

# INTERNAL AFFAIRS BUREAU
## GROUP #41
### INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804     **C#** 08-0686     **Group 41#** 08-119

Accompanying Investigator(s) : N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** CONTACT WITNESS ISRAEL SANCHEZ

**Time:** 1250    **Day:** Tuesday    **Date** June 23, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS.INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On the aforementioned date, the witness in this case former Police Officer Israel Sanchez returned the undersigned past telephone call . The undersigned questioned Israel Sanchez regarding his pending court date and does he have any new information.

Israel Sanchez stated that his next court date is July 27, 2009. He is still cooperating with the DEA on an unrelated steroid investigation. . He still doesn't believe a control call to Sergeant Hector Rodriquez would be fruitful.

Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pct. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team leader

Deputy Inspector David Grossi
Commanding Officer , Group 41

Worksheet# 75

Page

# INTERNAL AFFAIRS BUREAU
## GROUP #41
### INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804          **C#** 08-0686          Group 41# 08-119

Accompanying Investigator(s) : N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** CONFERRAL WITH SPECIAL AGENT
CARTER MANNING
**TELEPHONE NUMBER** (619) 590-5901

**Time:** 1100          **Day:** Thursday          **Date:** July 2, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may
involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San
Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of
steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division
investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector
Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem
appropriate. Any questions contact Sgt. Rodriguez, with OPR Senior Inspector Paul Cronin, Newark Office, at
(973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to
Group 41. (WT)

On the aforementioned date, the undersigned received a telephone call for Special
Agent Carter Manning. Agent Manning returned the undersigned telephone call. The
undersigned questioned Agent Manning regarding former MOS Israel Sanchez status:

Agent Manning stated that Israel Sanchez is still cooperating and assisting them
with a Steroid investigation. . He stated that Israel Sanchez will most likely not be
sentence on this next court date: **July 27, 2009.**

The undersigned questioned Agent Manning why the subject officer Hector
Rodriquez financial inquiry revealed a DEA-HIT. Agent Manning stated that the DEA
has no ongoing investigation into the subject officer Sergeant Rodriquez. The Hit may
have been placed on Sergeant Rodriguez record at the beginning of this steroid
investigation.

Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

Deputy Inspector David Grossi
Commanding Officer , Group 41

Worksheet# 77

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:     Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:       Sgt. Flunnory, Internal Affairs Bureau, Group 41

Subject:  TEAM LEADER'S CASE REVIEW

Check one:    Receipt of Case _____    Interim Review  X    Final _____

Log # 08-32804      (C) Case # 08-0686        Group # 08-119

ALLEGATION: NARCOTIC USE/ STEROIDS

Case Reviewed: Time: 0900.      Day: Thursday          Date: 7/2/09

A) Obtain mail cover for S/O's residence. W/S# _81_

B) Continue with surveillance on S/O. W/S# _15, 48, 59, 59, 66, 68, 72_

C) Confer with Orange County District Attorneys Office. W/S# _50, 71, 72_

D) Continue with investigation.

Team Leader:     Patrick J. Hickey

Investigator Signature: _____

Team Leader: Signature _____

Commanding Officers Signature: _____

Note: Every case must be reviewed upon receipt, upon closing, and at a minimum,
EACH 30-day period while active. This report must be indexed in the case folder.

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804          **C#** 08-0686.          **Group 41#** 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** IAB Intelligence

**Time:** 1200 hrs    **Day:** Friday    **Date:** July 24, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On the aforementioned date, the undersigned received the results from a conferral with IAB Intelligence, worksheet #68, dated 4/14/09. IAB had no information on the subject officer.

Case Active :

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

D. I. Matthew Hyland
Commanding Officer, Group 41

Worksheet# 81

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:      Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:        Sgt. Flunnory, Internal Affairs Bureau, Group 41

Subject:   TEAM LEADER'S CASE REVIEW

Check one:    Receipt of Case____    Interim Review _X_    Final____

Log # 08-32804    (C) Case # 08-0686    Group # 08-119

ALLEGATION: **NARCOTIC USE/ STEROIDS**

Case Reviewed:  Time: 1200    Day: Tuesday    Date: 8/4/09

A) Obtain mail cover for S/O's residence. W/S# _____

B) Continue with surveillance on S/O. W/S# _____

C) Confer with Orange County District Attorneys Office. W/S# _____

D) Continue with investigation.

Team Leader:    Patrick J. Hickey

                                    Signature _____

Investigator: Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

**Note:**  Every case must be reviewed upon receipt, upon closing, and at a minimum,
**EACH** 30-day period while active. This report must be indexed in the case folder.

COPY

## INTERNAL AFFAIRS BUREAU
### GROUP #41
### INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804          **C#** 08-0686          Group 41# 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** Receipt of Public Records Check

**Time:** 1200 hrs    **Day:** Thursday    **Date: August 26, 2009**

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizziti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On the aforementioned date, the undersigned received the results of a public records check dated 2/20/09, worksheet #59. No suspicious activity related to the case was uncovered.

**Case Active**

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Lieutenant Patrick J. Hickey
Team Leader

Captain Derrick Corrado
C.O. Manhattan/Bronx

D. I. Matthew Hyland
Commanding Officer, Group 41

Worksheet# 35

Page

## INTERNAL AFFAIRS BUREAU
### GROUP #41
### INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804    C# 08-0686    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator: Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: Conferral with the ADA of Orange County

Time: 1200 hrs    Day: Tuesday    Date: August 11, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Subsequently, Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

The undersigned conferred with Assistant District Attorney of Orange County, Lori Goldberg, who stated that they would waive prosecution because there was not enough evidence to proceed . She gave permission to interview the subject officer. She did indicate that she wanted to meet with the undersigned to further discuss the details of the case since the steroids were possessed in Orange County. However, despite several phone calls and a visit to the office of ADA Lori Goldberg, she was unavailable to meet The visit and phone calls are documented in the following worksheets:# 69, # 71, # 72, and # 80.

The undersigned conferred with the Team Leader, Captain Corrado, who instructed the undersigned to PG the subject officer.

**Case Active**

| | VEHICLES | EXPENSES |
|---|---|---|
| SPENT | | |
| Clerical: | Dept Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

D. I. Matthew Hyland
Commanding Officer , Group 41

Worksheet# 86

Page

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804　　　**C#** 08-0686　　　　　Group 41# 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** Mail Cover

**Time:** 1200 hrs　**Day:** Tuesday　**Date:** August 18, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

　　　During this investigation, the Team Leader review of the reports requested a mail cover. The undersigned conferred with a postal inspector and the Team Commanding Officer, Captain Corrado, who determined that a mail cover was not necessary and that instead the undersigned should inquire with Orange County District Attorney to determine whether the case would be prosecuted based on the circumstantial evidence that was revealed. The undersigned's next investigative step will be to conduct a PG hearing and then close the case.

**Case Active**

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

D.I. Matthew Hyland
Commanding Officer, Group 41

Worksheet# 87

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From:    Sgt. Larry Flunory

Log#    08-32804    C#  08-0686    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:    Sergeant Larry Flunory

Allegation:    Narcotic Use/Steroids

Subject:    Facebook, MySpace, Internet Website Inquiry

Time:    1200 hrs    Day: Friday    Date: August 28, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use, amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

On 8/28/09, the undersigned contacted Group 7, Detective Janow. He found a MySpace page and a Facebook page which belonged to the subject officer. Both pages had numerous pictures.

There was one picture of interest on the MySpace page which showed the subject officer in a bodybuilder type pose without a shirt. No additional information or evidence related to this investigation was uncovered at this time based on these pages.

Case active.

_[signature]_
Sergeant Larry Flunory
Investigating Officer

_[signature]_
Captain Derrick Corrado
C.O. Manhattan/Bronx

_[signature]_
Lieutenant Patrick J. Hickey
Team Leader

_[signature]_
Captain Matthew Hyland
Commanding Officer, Group 41

Worksheet# 88 (folder)

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:        Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:          Sgt. Flunnory, Internal Affairs Bureau, Group 41

Subject:     TEAM LEADER'S CASE REVIEW

Check one:   Receipt of Case_____   Interim Review  X   Final_____

Log # 08-32804        (C) Case # 08-0686        Group # 08-119

ALLEGATION: NARCOTIC USE/ STEROIDS

Case Reviewed: Time: 0800        Day: Wednesday        Date: 9/4/09

A) Interview subject officer pursuant to P.G. 206-13

B) Close case

Team Leader:        Patrick J. Hickey.

Investigator Signature _____    Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

<u>Note:</u>  Every case must be reviewed upon receipt, upon closing, and at a minimum,
<u>EACH</u> 30-day period while active. This report must be indexed in the case folder.

89

## INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sergeant Larry Flunory, Internal Affairs, Bureau Group 41

Log# 08-32804      C# 08-686      Group 41# 08-119

**Accompanying Investigator(s):** Sergeant Staudinger M,

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroid

**Subject:** PATROL 206-13 HEARING OF SERGEANT HECTOR RODRIGUEZ

**Time:** 1800      **Day:** Wednesday      **Date:** September 30, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

On September 30, 2009 at the 114th precinct, the undersigned conducted an interview with subject officer Sergeant Hector Rodriguez, Tax # 916569, Shield #197, of Bronx Vice under the provisions of Patrol Guide 206-13. Sergeant Rodriguez's legal representative was Philip Mellea; also present was Sergeant's Endowment Association representative, Chris Conford.

The undersigned informed the subject officer that the DEA conducted a long-term investigation where he was a subject. The DEA referred the case to the undersigned for further investigation. The undersigned showed Sergeant Rodriguez a single photograph of Klaus Prichett, the individual that allegedly sent him steroids and Human Growth Hormone. Sergeant Rodriguez stated that he did not recognize Klaus Prichett. The undersigned showed Sergeant Rodriguez a photo array of the cooperating witness, former member of the service, Israel Sanchez, Line Up # 2049. Sergeant Rodriguez stated that he did not recognize anyone in the photo array. T he undersigned then showed Sergeant Rodriguez another photo array; this time containi g a picture of former member of the service, Raphael Gonzalez, Line Up # 2072. Sergeant Rodriguez identified Raphael Gonzalez immediately. He signed the photo array identifying Raphael Gonzalez. Sergeant Rodriguez stated that Raphael Gonzalez was his ex-partner in Bronx Narcotics. They were undercover police officers together fr m about 1999-2000. He stated that they last spoke to each other sometime last year. Serg ant Rodriguez could not supply Raphael Gonzalez's cell phone number at this tim e but stated that he will provide it. Sgt. Rodriguez stated that he last saw Raphael Gonzal z in 2007 or 2008. He reports that during their last conversation, Raphael Gonzalez nformed him that he had obtained his MBA and is presently selling commodities makin ; more money. Sergeant Rodriguez stated that his current cell phone number is 845-3 5-4146 with Verizon.

Sergeant Rodriguez acknowledged that he had a prior cell number 845-364-1656 with Nextel. He stated that he had the number wl en he returned from Iraq in 2006 or 2007.

The undersigned showed Sergeant Rodriguez cooperating witness, Israel Sanchez's cell phone number containing Sergeant Rodriguez's cell phone number. He

## INTERNAL AFFAIRS BUREAU
### GROUP #41
### INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0586    **Group 41#** 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** RE-INTERVIEW ISRAEL SANCHEZ

**Time:** 1200    **Day:** Thursday    **Date: 10/29/09**

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

On the aforementioned date, the undersigned re-interviewed the cooperating witness in this case in order to clarify some information that was obtained during the interview of the subject officer Hector Rodriguez. Hector Rodriguez stated in sum and substance that the product he paid for and received was different from what he had ordered. He stated that he did not order any injectable substances and that he complained to the person with whom he had placed the order, former NYPD police officer, Israel Sanchez.

The undersigned re-interviewed Israel Sanchez, who stated in sum and substance that that he handled the subject officer's alleged order of HGH and Steroids. Sanchez stated that at no time did the subject officer complain about the order he received. Sanchez further stated that HGH and steroids are injectable substances requiring needles.

Sanchez reported that HGH comes in a kit that contains two vials; the first vial contains a powder and the second vial contains sterile water. He explained that in order to use it, one withdraws the sterile water and injects it into the vial containing the powder. Then one draws the liquid into the syringe and inserts the product into one's body.

Sanchez stated that steroids can be delivered in an injectable form or pill form. He stated that HGH and steroids are usually injected in the stomach area.

Sanchez stated that he did not send the steroids or HGH to Hector Rodriguez. He reported that he ordered it and another person sent the product to the subject officer, Hector Rodriguez.

Sanchez who was arrested by the San Diego Division of the DEA for distribution of steroids and growth hormones pled guilty and cooperated with their investigation. He stated that his next court date is in April 2010. He reported that he does not know if he will have to serve jail time or whether his cooperation will result in a sentence that does not include incarceration.

Case active.

Lieutenant Patrick J. Hickey
Team Leader

D.I. Matthew Hyland
Commanding Officer, Group 41

Worksheet# 99

Sergeant Larry Anthony
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Page

# INTERNAL AFFAIRS BUREAU
## GROUP #41
### INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804        C# 08-0686        Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: CONFERRAL WITH ATTORNEY LISA BLAND
(646) 610-6356

Time:   2000    Day:  Thursday    Date: November 5, 2009

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CBIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested and cooperated with the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7004, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CBIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On the aforementioned date and time, the undersigned conferred with Department Advocate Attorney Lisa Bland regarding this case. The undersigned informed Attorney Lisa Bland of the statements made by the subject officer Hector Rodriguez during his interview under the provisions of Patrol Guide 206-13. Attorney Lisa Bland stated she will charge Criminal Possession of a Controlled Substance 7th degree. Attorney Lisa Bland stated she will need the cooperating witness Israel Sanchez to testify regarding how he distributed steroids and received payment. Attorney Lisa Bland was concerned as to whether the DEA would allow the cooperating witness to testify in a department hearing.

Case active.

_____
Sergeant Larry Flunory
Investigating Officer

_____
Captain Derrick Corrado
C.O. Manhattan/Bronx

_____
Lieutenant Patrick J. Hickey
Team Leader

_____
D.I. Matthew Hyland
Commanding Officer, Group 41

Worksheet#  /01

Page

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0686    **Group 41#** 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** ATTEMPT TO CONTACT DEA AGENT CHARLES MANNING
TELEPHONE NUMBER 619 590-5901

**Time:** 1200    **Day: Tuesday**    **Date: November 24, 2009**

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On the aforementioned date, the undersigned attempted to contact DEA Agent Charles Manning but did not receive a response. The purpose for the contact is to inquire whether their cooperating witness, Israel Sanchez, would be allowed to testify in a Departmental Hearing if charges are brought against the subject officer, Hector Rodriguez. The undersigned was informed that the cooperating witness is presently involved in other cases with the DEA. The undersigned had conferred with the Department Advocate Lisa Bland, and was informed that the cooperating witness's testimony is mandatory for this case.

Case active.

**SPENT**

| | **VEHICLES** | **EXPENSES** |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

D. I. Matthew Hyland
Commanding Officer , Group 41

Worksheet# 103

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:       Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:         Sgt. Flumory, Internal Affairs Bureau, Group 41

Subject:    TEAM LEADER'S CASE REVIEW

Check one:   Receipt of Case _____   Interim Review _X_   Final _____

Log # 08-32804        (C) Case # 08-0686        Group # 08-119

ALLEGATION: NARCOTIC USE/ STEROIDS

Case Reviewed: Time: 1500    Day: Tuesday    Date: 12/1/09

A) Confer with DEA   W/S# _____

Team Leader:    Patrick J. Hickey

Signature _____

Investigator: Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

Note:  Every case must be reviewed upon receipt, upon closing, and at a minimum,
EACH 30-day period while active. This report must be indexed in the case folder.

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

Group 41# 08-119

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0686

**Accompanying Investigator(s):** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** CONFER WITH DEA AGENT CHARLES MANNING
TELEPHONE NUMBER 619 590-5901

**Time:** 1230    **Day: Tuesday**    **Date: December 18, 2009**

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA.**FORMER MOS.INFO ONLY/NARCOTICS
USE/STEROIDS**The DEA, Office of Professional Responsibility is in receipt of information which may involve a member
of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzati from CHIA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

    On the aforementioned date, the undersigned conferred with DEA Agent Charles
Manning regarding the status of the cooperating witness and the use of said witness in a
department trial. DEA Agent Manning stated that the agreement was that the cooperating
witness must assist our office and his agency in our investigations. The cooperating
witness has thus far fulfilled his obligations.

    Case active.

| | VEHICLES | EXPENSES |
|---|---|---|
| **SPENT** | | |
| **Clerical:** | Dept. Auto # | $ |
| **Observation:** | Pvt. Auto# | $ |
| **Interview:** | | |
| **Travel** | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O./Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

D. I. Matthew Hyland
Commanding Officer, Group 41

Worksheet# 106

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:        Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:          Sgt. Flunory, Internal Affairs Bureau, Group 41

Subject:     TEAM LEADER'S CASE REVIEW

Check one:   Receipt of Case _____   Interim Review _X_   Final _____

Log # 08-32804      (C) Case # 08-0686      Group # 08-119

ALLEGATION: NARCOTIC USE/STEROIDS

Case Reviewed: Time: 1200      Day: Tuesday      Date: 12/29/09

A) Confer with Department Advocate W/S# _____
B) Close Case

Team Leader:      Patrick J. Hickey

                  Signature

Investigator Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

Note:  Every case must be reviewed upon receipt, upon closing, and at a minimum,
EACH 30-day period while active. This report must be indexed in the case folder.

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:    Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:    Sgt. Flunory, Internal Affairs Bureau, Group 41

Subject:    TEAM LEADER'S CASE REVIEW

Check one:    Receipt of Case____    Interim Review    X    Final____

Log # 08-32804    (C) Case # 08-0686    Group # 08-119

**ALLEGATION: NARCOTIC USE/ STEROIDS**

Case Reviewed: Time: 1200    Day: Tuesday    Date: 12/29/09

A) Confer with Department Advocate    W/S# _____
B) Close Case

Team Leader:    Patrick J. Hickey

    Signature _____

Investigator: Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

**Note:**  Every case must be reviewed upon receipt, upon closing, and at a minimum, EACH 30-day period while active. This report must be indexed in the case folder.

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

Group 41# 08-119

From: Sgt. Larry Flunory

Log#  08-32804        C#  08-0686

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: CONFERRAL WITH SERGEANT APRIL OF I.A.B. RECORDS
TELEPHONE NUMBER (212) 741-8422

Time:  1200        Day:  Friday        Date:  January 15, 2010

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHA**FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS**The DEA, Office of Professional Responsibility is in receipt of information which may involve a member
of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

On the aforementioned date, the undersigned conferred with Sergeant April of
I.A.B. records sections regarding the subject officer pending promotion to the rank of
Lieutenant. Sergeant April stated that Uniform Promotions Sections will give I.A.B. a
list of eligible names for promotion. I.A.B. will conduct a record check in the Iapro
system, and if there are any open cases are found on the subject officer the investigating
Group Commanding Officer will be contacted for approval.

Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

D. I. Matthew Hyland
Commanding Officer, Group 41

Worksheet#

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:        Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:          Sgt. Flunnory, Internal Affairs Bureau, Group 41

Subject:     TEAM LEADER'S CASE REVIEW

Check one:   Receipt of Case _____    Interim Review __X__    Final _____

Log # 08-32804    (C) Case # 08-0686    Group # 08-119

ALLEGATION: **NARCOTIC USE/ STEROIDS**

Case Reviewed: Time: 1200    Day: Thursday    Date: 1/28/10

A) Confer with Department Advocate  W/S # _____

B) Close case W/S # _____

Team Leader:    Patrick J. Hickey.

Signature _____

Investigator: Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

Note:  Every case must be reviewed upon receipt, upon closing, and at a minimum,
EACH 30-day period while active. This report must be indexed in the case folder.

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804          C# 08-0686          Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: CONFER WITH DEPARTMENT ADVOCATE

Time:   1200        Day: Tuesday        Date:   February 2, 2010

(VT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CIHA***FORMER MOS-INFO ONLY//NARCOTICS
USE//STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member
of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7008, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CIHA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

On the aforementioned date, the undersigned conferred with Department
Advocate Lisa Bland and Department Advocate Hiram Lopez regarding this case.
Department Advocate Lisa Bland informed the undersigned that she will no longer be
assigned this case. This case is reassigned to attorney Hiram Lopez for prosecution. The
undersigned handed Attorney Lopez copies of the case and he explained the lengthy
process on how Charges and Specifications are prepared at the Department Advocate's
Office.

Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

D.I. Matthew Hyland
Commanding Officer, Group 41

Worksheet#

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From:  Sgt. Larry Flunory

Log#  08-32804       C#  08-0686       Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation:  Narcotic Use/Steroids

Subject: ATTEMPT TO CONTACT DEPARTMENT ADVOACATE
HIRAM LOPEZ

Time:  1200       Day: Friday       Date:  February 12, 2010

(VT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member
of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

On the aforementioned date, the undersigned attempted to contact attorney
Hiram Lopez regarding the status of the department charges request. The
undersigned telephoned Hiram Lopez and was met with negative results.

Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

_(signature)_
Sergeant Larry Flunory
Investigating Officer

_(signature)_
Lieutenant Patrick J. Hickey
Team Leader

_(signature)_
Captain Derrick Colorado
C.O. Manhattan/Bronx

_(signature)_ 04-161
D.I. Matthew Hyland
Commanding Officer , Group 41

Worksheet#

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804     C# 08-0686     Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: ATTEMPT TO CONTACT DEPARTMENT ADVOACATE
HIRAM LOPEZ

Time:  1200     Day: Friday     Date:  February 19, 2010

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CIHA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CIHA, Insp. Mason recommends this a C-Case to Group 41. (WT)

On the aforementioned date, the undersigned attempted to contact attorney Hiram Lopez regarding the status of the department charges request. The undersigned telephoned Hiram Lopez and was met with negative results.

Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Colrado
C.O. Manhattan/Bronx

Lieutenant Patrick J. Hickey
Team Leader

D. I. Matthew Hyland
Commanding Officer, Group 41

Worksheet#

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:        Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:          Sgt. Flunnory, Internal Affairs Bureau, Group 41

Subject:     TEAM LEADER'S CASE REVIEW

Check one:   Receipt of Case _____    Interim Review __X__    Final _____

Log # 08-32804        (C) Case # 08-0686            Group # 08-119

ALLEGATION: **NARCOTIC USE/ STEROIDS**

Case Reviewed:  Time: 1200        Day: Thursday          Date: 2/25/10

A)  Confer with Department Advocate W/S # _____

B)  Close case W/S # _____

Team Leader:        Patrick J. Hickey.

                    Signature _____

Investigator: Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

Note:  Every case must be reviewed upon receipt, upon closing, and at a minimum,
EACH 30-day period while active.  This report must be indexed in the case folder.

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:        Lt. Patrick J. Hickey, Internal Affairs Bureau, Group 41

To:          Sgt. Flunnory, Internal Affairs Bureau, Group 41

Subject:     TEAM LEADER'S CASE REVIEW

Check one:   Receipt of Case _____   Interim Review __X__   Final _____

Log # 08-32804    (C) Case # 08-0686    Group # 08-119

ALLEGATION: NARCOTIC USE/ STEROIDS

Case Reviewed:  Time: 1500      Day: Thursday      Date: 3/25/10

A)  Confer with Department Advocate W/S # _____

B)  Close case W/S # _____

Team Leader:      Patrick J. Hickey.

Investigator: Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

Note:  Every case must be reviewed upon receipt, upon closing, and at a minimum,
EACH 30-day period while active. This report must be indexed in the case folder.

# INTERNAL AFFAIRS BUREAU
## GROUP #41
### INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804    C# 08-0686    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:    Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: ATTEMPTED TO CONTACT THE DEPARTMENT ADVOCATE LISA BLAND

Time:    1200    Day:    Wednesday    Date:    April 9, 2010

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA.***FORMER MOS-INFO ONLY/NARCOTICS USE/STERODS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

1.    On the aforementioned date, the undersigned attempted to contact the department advocate, Lisa Bland, by telephone but was unsuccessful.

2.    Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrek Corrado
C.O. Manhattan/Bronx

Lieutenant Louis De Cesare
Team Leader

P.O. Matthew Hyland
Commanding Officer , Group 41

Worksheet#

Page

## INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0686    Group 41# 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject: CONFERRED WITH THE DEPARTMENT ADVOCATE LISA BLAND**

**Time:** 1200    **Day:** Friday    **Date: April 16, 2010**

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS
USE/STERODS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member
of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

1.    On the aforementioned date, the undersigned conferred with the department
advocate, Lisa Bland, by telephone. She stated that a decision had not yet been made regarding
the appropriate charges for the subject officer, Hector Rodriguez.

2.    Case active.

_____
Sergeant Larry Flunory
Investigating Officer

_____
Captain Derrick Corrado
C.O. Manhattan/Bronx

_____
Lieutenant Louis De Geche
Team Leader

_____
Dr. A. Matthew Hyland
Commanding Officer , Group 41

**Worksheet#**

**Page**