# INTERNAL AFFAIRS BUREAU
## GROUP #41
### INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804          **C#** 08-0686          **Group 41#** 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject: CONFERRED WITH THE DEPARTMENT ADVOCATE LISA BLAND**

| Time: | 1200 | Day: | Friday | Date: April 23, 2010 |
|---|---|---|---|---|

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-4222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

1.    On the aforementioned date, the undersigned conferred with Lt. Hickey regarding the status of this case. Lt. Hickey was informed that no decision had been made regarding the appropriate charges, if any, for the subject officer, Hector Rodriguez.    He stated that the undersigned should maintain regular contact with the department advocate until a determination was made.

2.    Case active.

Sergeant Larry Flunory
Investigating Officer

Lieutenant Louis/De Grazia
Team Leader

Captain Derrick Corrado
C.O./Manhattan/Bronx

P. J. Matthew Hyland
Commanding Officer , Group 41

Worksheet#

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:  Lieutenant Louis De Ceglie, Internal Affairs Bureau, Group 41

To:    Sergeant Larry Flunory, Internal Affairs Bureau, Group 41

Subject:  TEAM LEADER'S CASE REVIEW

Check one:  Receipt of Case___ Interim Review___ Final___     Group 41# 08-119

Log#  08-32804     Case number:  08-0686

## ALLEGATION : NARCOTIC USE/STEROIDS

Case Reviewed:  Time:  2200   Day: Sunday      Date: 4/25/10

A) Confer with Department Advocate W/S # ___

B) Confer with cooperating witness  W/S # ___

C) Close case.

Team Leader:        Louis De Ceglie

Investigator: Signature _____

Team Leader: Signature _____

Commanding Officers Signature: _____

Note:  Every case must be reviewed up receipt, upon closing and at a minimum,
each 30-day period while active.  This report must be indexed in the case folder.

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804          **C#** 08-0686          Group 41# 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject: CONFERRED WITH THE DEPARTMENT ADVOCATE LISA BLAND**

**Time:** 1200          **Day:** Friday          **Date: April 30, 2010**

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7008, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizutti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

1.     On the aforementioned date, the undersigned conferred with the department advocate, Lisa Bland, by telephone.  She stated that in order for a decision to be made, the undersigned needed to determine whether the witness, Israel Sanchez, would cooperate by testifying in a department trial and whether the DEA would allow him to testify.

2.     Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Louis De Castro
Team Leader

D.I. Matthew Hyland
Commanding Officer , Group 41

Worksheet#

Page

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804    C# 08-0686    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: ATTEMPT TO CONTACT WITNESS ISRAEL SANCHEZ

Time:  1200    Day:    Thursday    Date: May 6, 2010

(WT) 07/23/08 @ 1430 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

1.    On the aforementioned date, the undersigned along with Sgt. Staudinger, went to 1784 Mountain Road, Otisville, NY, the residence of the witness, Israel Sanchez.  Upon arrival, two teenagers were in front of the home and identified themselves as the witness's son and stepdaughter.  They stated that the witness no longer lived there.  He reportedly moved to the Bronx to reside with his mother.  They also stated that their parents (the witness and their mother) had separated.  They stated that their house is in foreclosure and they are in the process of moving with their mother to New Jersey.

2.    Case active.

_____

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Louis De Ceglie
Team Leader

D. I. Matthew Hyland
Commanding Officer , Group 41

Worksheet#

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From:  Sgt. Larry Flunory

Log#    08-32804        C# 08-0686        Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation:  Narcotic Use/Steroids

Subject: ATTEMPT TO CONTACT WITNESS ISRAEL SANCHEZ

Time:    1200        Day:    Friday        Date: May 7, 2010

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member
of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

1.        On the aforementioned date, the undersigned, along with Sgt. Staudinger, went to
442 Jackson Avenue, Apt. 3J, Bronx, N.Y. The witness was there and spoke with the
undersigned. He stated that he would continue to cooperate with the investigation and would
testify at a department trial. He also confirmed that he would be sentenced to a year and a day on
charges related to steroids and would be incarcerated on May 21, 2010 in a federal prison. He
was not sure where he would serve his sentence.

2.        Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O.) Manhattan/Bronx

Lieutenant Louis De Cen...e
Team Leader

D. I. Matthew Hyland
Commanding Officer , Group 41

Worksheet#

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From:  Sgt. Larry Flunory

Log#  08-32804        C#  08-0686        Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation:  Narcotic Use/Steroids

Subject: CONFERRED WITH THE DEPARTMENT ADVOCATE LISA BLAND

Time:  1200    Day:    Friday    Date:  May 21, 2010

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA.***FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a number
of the service of the NYPD. During the course of a DEA investigation which may involve a number
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizznff from CHIA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

1.    On the aforementioned date, the undersigned conferred with the department
advocate, Lisa Bland, by telephone. The undersigned informed her that the witness stated that he
would continue to cooperate with the investigation and would testify. She stated that the Statute
of Limitations had run out so the only charges available are criminal. She stated that a
determination still has not yet been made.

2.    Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Louis De Cegfie
Team Leader

D. I. Matthew Hyland
Commanding Officer , Group 41

Worksheet#

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgr. Larry Flunory

Log# 08-32804      C# 08-0686      Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: FEDERAL INMATE COMPUTER CHECK

Time:   1200      Day:   Friday      Date:  May 28, 2010

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA.***FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member
of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, In January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzoli from CHIA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

1.    On the aforementioned date, the undersigned conducted a federal inmate
computer check and discovered that the witness, Israel Sanchez, was incarcerated at United States
Penitentiary – Canaan, located in Northeast Pennsylvania.

2.    Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Louis De Ceglie
Team Leader

D. I. Matthew Hyland
Commanding Officer , Group 41

Worksheet#

Page

# INTERNAL AFFAIRS BUREAU
## GROUP #41
### INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0686    Group 41# 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** ATTEMPTED TO CONTACT THE DEPARTMENT ADVOCATE LISA BLAND

**Time:** 1200    **Day:** Wednesday    **Date: June 9, 2010**

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CIHA ***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dr. Rizaul from CIHA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

1.    On the aforementioned date, the undersigned attempted to contact the department advocate, Lisa Bland, by telephone but was unsuccessful.

2.    Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Louis De Cegiie
Team Leader

D.I. Matthew Hyland
Commanding Officer, Group 41

Worksheet#

Page

**INTERNAL AFFAIRS BUREAU**
**GROUP #41**
**INVESTIGATING OFFICERS REPORT**

From: Sgt. Larry Flunory

Log# 08-32804          C# 08-0686          Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: ATTEMPTED TO CONTACT THE DEPARTMENT ADVOCATE LISA BLAND

Time:   1200      Day:   Friday          Date:  June 18, 2010

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

1.    On the aforementioned date, the undersigned attempted to contact the department advocate, Lisa Bland, by telephone but was unsuccessful.

2.    Case active.


Sergeant Larry Flunory
Investigating Officer

Captain Derrick Coiprado
C.O. Manhattan/Bronx


Lieutenant Louis De Coglie
Team Leader

D. I. Matthew Hyland
Commanding Officer , Group 41

Worksheet#

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:  Lieutenant Louis De Ceglie, Internal Affairs Bureau, Group 41

To:    Sergeant Larry Flunory, Internal Affairs Bureau, Group 41

Subject:  TEAM LEADER'S CASE REVIEW

Check one:  Receipt of Case___ Interim Review___ Final___

Log# 08-32804    Case number: 08-0686    Group 41# 08-119

ALLEGATION : NARCOTIC USE/STEROIDS

Case Reviewed:  Time:  0800   Day: Friday    Date: 6/18/10

A) Confer with Department Advocate W/S # ___

B) Close case.

Team Leader:        Louis De Ceglie

Investigator: Signature___

Team Leader: Signature___

Commanding Officers Signature: ___

Note:  Every case must be reviewed up receipt, upon closing and at a minimum,
each 30-day period while active.  This report must be indexed in the case folder.

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0686    **Group 41#** 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject: CONFERRAL WITH DEPARTMENT ADVOCATE LISA BLAND**

**Time:** 1700    **Day:** Thursday    **Date:** June 24, 2010

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member
of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

1.    On the aforementioned date, the undersigned had a conversation with
Department Advocate Lisa Bland.  She stated that a decision was made to charge the
subject officer Hector Rodriguez of Bronx Vice with Criminal Possession of a Controlled
Substance.    The undersigned informed Ms. Bland that the undersigned was instructed
by his team leader that when the department charges are prepared the subject officer will
be placed on modified duty.

2.    Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Louis De Ceglie
Team Leader

D.I. Matthew Hyland
Commanding Officer, Group 41

Worksheet#

Page

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804      **C#** 08-0686      **Group 41#** 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** CONVERSATION WITH SUBJECT OFFICER
SERGEANT HECTOR RODRIGUEZ OF BRONX VICE

**Time:** 1900      **Day:** Friday      **Date:** June 25, 2010

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA**FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzoli from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

1.   On the aforementioned date, the undersigned had a brief conversation with the subject officer Sergeant Hector Rodriguez initiated by the subject officer. The undersigned previously interviewed the subject officer pursuant to patrol guide 206-13. The undersigned informed the subject officer if he ever had questions contact the undersigned Sergeant Rodriguez contacted the undersigned and asked why was he passed over for promotion to Lieutenant. The undersigned responded that he is not privy to that information. The undersigned stated that he did not receive any telephone calls regarding his promotion however he informed Sergeant Rodriguez that this investigation is still active.

2.   Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Louis De Ceglie
Team Leader

D.I. Matthew Hyland
Commanding Officer, Group 41

Worksheet# 136

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804          C# 08-0686          Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:    Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids.

Subject: ATTEMPT TO CONTACT LISA BLAND

Time:    1200    Day: Friday    Date: 7/30/10

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHA***FORMER MOS-INFO ONLY/NARCOTICS
USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member
of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD
Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez
pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided
personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your
office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul
Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHA, Insp. Mason recommends this a C-Case to Group 41.
(WT)

1.    On the aforementioned date, I contacted the Department Advocate Lisa
Bland and scheduled a meeting for Thursday, August 3, 2010 to update her files.
Department Advocate Lisa Bland, stated that there is no statue of limitations in this case.
She is charging Penal Law Charge Criminal Possession of a Controlled Substance for
Steroid possession.

2.    Case active.

| SPENT | VEHICLES | EXPENSES |
|---|---|---|
| Clerical: | Dept. Auto # | $ |
| Observation: | Pvt. Auto# | $ |
| Interview: | | |
| Travel | | |

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Louis De Ceglie
Team Leader

D.I. Matthew Hyland
Commanding Officer , Group 41

Worksheet#

Page

**POLICE DEPARTMENT**
**CITY OF NEW YORK**
**INTERNAL AFFAIRS BUREAU**

From:    Lieutenant Louis DeCeglie, Internal Affairs Bureau, Group 41

To:      Sergeant Larry Flunory, Internal Affairs Bureau, Group 41

Subject :  **TEAM LEADER'S CASE REVIEW**

Check one:  Receipt of Case ____   Interim Review  X   Final ____

Log# 08-32804   Case number: 08-0686   Group 41# 08-119

ALLEGATION: NARCOTIC USE/STEROIDS

Case Reviewed Time: 1500     Day:  Wednesday      Date:    August 11, 2010

   A) Confer with Department Advocate  W/S # $121, 125, 133, 135, 145$

   B) Obtain Charges and Specifications   W/S # $149$

Team Leader: Lt. Louis DeCegle

Investigator's Signature _____

Team Leader's  Signature _____

Commanding Officer's Signature: _____

Note: Every case must be reviewed up receipt, upon closing and at minimum,
each 30 day period while active.  This report must be indexed in the case folder.

**INTERNAL AFFAIRS BUREAU**
**GROUP #41**
**INVESTIGATING OFFICERS REPORT**

**From:** Sgt. Larry Flunory

**Log#** 08-32804    **C#** 08-0686    **Group 41#** 08-119

**Accompanying Investigator(s) : N/A**

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject: CONFER WITH TEAM LEADER**

**Time:** 1200    **Day:** Friday    **Date:** 8/20/10

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

1.   On the aforementioned date, I conferred with the team leader regarding this case.  I informed Lieutenant De Ceglie that the Charges and Specifications will be ready soon.  When the Charges and Specifications are ready I will retrieve them and prepare to modify the subject officer and close this case.

2.   Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Louis De Ceglie
Team Leader

D.I. Matthew Hyland
Commanding Officer , Group 41

Worksheet# 145

Page

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804          **C#** 08-0686          **Group 41#** 08-119

**Accompanying Investigator(s):** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** MODIFICATION OF SERGEANT HECTOR RODRIGUEZ
TAX NUMBER 916569

**Time:** 1900          **Day:** Tuesday          **Date:** September 28, 2010

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested with the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHA, Insp. Mason recommends this a C-Case to Group 41. (WT)

1. ~~On Tuesday, September 23, 2010, the undersigned along with Lieutenant~~ ~~Adam Ramos went to One Police Plaza,~~ New York, New York to place Sergeant Hector Rodriguez on modified assignment in accordance with patrol guide procedure 206-07.

2. At about 1000 hours, I observed Sergeant Hector Rodriguez in front of One Police Plaza. I informed him that he is being placed on modified assignment, under the authority of Chief Charles Campisi, for the good of the Department. I informed him I would need his firearms, shield and identification. Sergeant Rodriguez presented his shield and identification card, and his Smith and Wesson 9mm firearm serial number VDE1125. Sergeant Rodriguez stated his Smith and Wesson .38 firearm serial number BUF8644 is located in his department locker. Sergeant Rodriguez was advised of his rights and responsibilities during this modification. Sergeant Rodriguez went to the Department Advocate's office and received his Charges and Specifications related to this investigation.

3. Sergeant Michael Rothenbucher and Sergeant Louron Hall went to Bronx Vice and retrieved Sergeant Rodriguez's .38 firearm from his department locker.

4. I invoiced the aforementioned firearms at the 114 precinct for safekeeping, under voucher number R577608. I hand delivered the aforementioned shield and identification to PAA Lynch at the shield and identification desk.

5. Case active.

Lieutenant Louis De Cerlie
Team Leader

D. I. Matthew Hyland
Commanding Officer , Group 41

Worksheet#

Sergeant Larry Flubry
Investigating Officer

Captain Dorrick Corrado
C.O. Manhattan/Bronx

Page

POLICE DEPARTMENT
CITY OF NEW YORK
INTERNAL AFFAIRS BUREAU

From:        Lt. Louis M. DeCeglie, Internal Affairs Bureau, Group 41

To:          Sgt. Flunory, Internal Affairs Bureau, Group 41

Subject:     TEAM LEADER'S CASE REVIEW

Check one:   Receipt of Case _____   Interim Review _____   Final _X_

Log # 08-32804        C-Case #08- 0686          Group # 08-119

SUBJECT:  Sgt. Hector Rodriguez      Tax# 916569, Bronx Vice(A)
          P.O. Rafael Gonzalez       Tax# 920343, Former M.O.S.
          P.O. Israel Sanchez        Tax# 920802, Former M.O.S.

ALLEGATION:  A) NARCOTICS USE/STEROIDS

Case Reviewed: Time:  1830        Day: Tuesday          Date: 10/05/10

     The investigation into this allegation was conducted thoroughly and comprehensively by Sergeant Flunory. All investigative steps appropriate for the investigation of this complaint have been taken, and no further measures are warranted.
     Based on the foregoing findings coupled with the totality of the investigation, the S/O was placed on modified assignment and was served with charges. The undersigned finds that the allegation be SUBSTANTIATED.


Team Leader: Lt. Louis M. DeCeglie      Signature _____

Comments:

Commanding Officers         Signature: _____

Note:  Every case must be reviewed upon receipt, upon closing, and at a minimum, EACH 30-day period while active. This report must be indexed in the case folder.

# INTERNAL AFFAIRS BUREAU
## GROUP #41
## INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804          C# 08-0686          Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: CONFERRAL WITH ATTORNEY LISA BLAND
(646) 610-6356

Time:   1730     Day: Thursday     Date: October 28, 2010

(WT) 07/23/08 @ 1459 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USES/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division Investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7006, and refer to OPR File # AD-08-0ZZI. Copy of fax attached. (WT)

**UPDATE 07/23/08 @ 1458 HRS**As per Dt. Rizzuti from CHIA, Insp. Mason recommends this a C-Case to Group 41. (WT)

1.   On the aforementioned date and time, the undersigned conferred with Department Advocate Attorney Lisa Bland regarding this case.    The Department Advocated wanted to know if Israel Sanchez still in federal prison.    The undersigned conducted a computer check using the federal prison locator and called USP Canaan U.S. Penitentiary Waymart, Pennsylvania. Both checks are consistent, the subject witness Israel Sanchez is incarcerated until May 23, 2011.

2.   Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Derrick Corrado
C.O. Manhattan/Bronx

Lieutenant Louis DeCeglie
Team Leader

D. I. Matthew Hyland
Commanding Officer, Group 41

Worksheet#

Page

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From:  Sgt. Larry Flunory

Log#  08-32804        C#  08-0686        Group 41#  08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject:  CONFERRAL WITH ASSISTANT UNITED STATES ATTORNEY
TIMOTHY D. COUGHLIN HEAD OF UNITED STATES ATTORNEY
TELEPHONE NUMBER: 619-557-7044

Time:    1200       Day:  Thursday       Date:  January 7, 2011

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-
INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional
Responsibility is in receipt of information which may involve a member of the
service of the NYPD. During the course of a DEA investigation conducted by the San
Diego Division, former NYPD Officer Israel Sanchez was arrested by the San
Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled
guilty and cooperated with the San Diego Division investigation. Subsequently, Mr.
Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector
Rodriguez, NYPD, in January 2007. This matter is being referred to your office for
whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with
OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to
OPR File # AD-08-0222. Copy of fax attached. (WT)

1.    The undersigned contacted Drug Enforcement Special Agent, Charles
Manning, telephone number 858- 616-4354619-520-9450 to ascertain the plea agreement
made by Israel Sanchez.  Special Agent Manning referred the undersigned to the
Assistant United States Attorney Timothy D. Coughlin, contact number is 619 557-7044.

2.    On Thursday, January 7, 2011 the undersigned contacted Assistant United
States Attorney, Timothy D. Coughlin.  Attorney Coughlin stated that the witness in this
case, Israel Sanchez, does not have any obligation to continue to cooperate once he is
released from prison.

3.    Attorney Coughlin stated that the US Attorney's Office would consider
making a motion to the court to reduce his term of supervised release, if Mr. Sanchez
chooses to continue to cooperate with the department case against Sergeant Hector
Rodriguez.

4.    Israel Sanchez's attorney is Robert Schlein Esq., telephone number is 619
235-9026.

5.    The undersigned contacted the department advocate Lisa Bland, telephone
number 646 610-6356 and informed her of what transpired.  Ms. Bland informed the
undersigned to contact the attorney of Israel Sanchez.

Lieutenant Louis DeCegile
Team Leader

Deputy Inspector Matthew Hyland
Commanding Officer, Group 41

Worksheet#

Sergeant Larry Flinory
Investigating Officer

D.I, Derrick Corrado
C.O. Manhattan/Bronx

# INTERNAL AFFAIRS BUREAU
## GROUP #41
### INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804       **C#** 08-0686       Group 41# 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject:** ATTEMPT TO VISIT FORMER MOS ISRAEL SACHEZ, AT A FEDERAL PEDITENTIARY, WAYMART PENNSYLVANIA

---

**Time:** 2100       **Day:** Saturday       **Date:** January 22, 2011

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

1. On the aforementioned date, the undersigned attempted to visit former member of the service Israel Sancher who was arrested on federal steroids related charges.

2. The undersigned had a recent conversation with the department advocate Lisa Bland, who wanted as source that when former member of the service, Israel Sanchez, is released from prison, he will continue to cooperate and testify in a departmental trial against the subject officer Sergeant Hector Rodriguez.

3. The undersigned recently had a conversation with the prosecuting Assistant United States Attorney, Timothy D. Coughlin. Who stated that he had reviewed Mr. Israel Sanchez's plea agreement. He also stated that Mr. Sanchez does not have any obligation to continue to cooperate once he is released from prison May 2011, but the would consider making a motion to the court to reduce the time of Israel Sanchez's supervised release. If he chooses to testify against subject officer, Sergeant Hector Rodriguez.

4. On the aforementioned date, the undersigned, Lieutenant DeCeglie, and Sergeant Staudinger went to USP Canaan United States Penitentiary, 3057 Easton Turnpike, Waymart, PA 18742 to interview cooperating witness, former member of the service, Israel Sanchez.

5. The undersigned arrived at the location about 1300 hours, and was informed that due to unanticipated events that the undersigned would have to reschedule the visit. The undersigned was given the prison Special Investigator Intelligence Officer Enrgue Pabon's telephone number 570-488-8052 to determine if next week a second visit is necessary or if a conference call with Mr. Sanchez can be arranged.

_Lieutenant/Louis DeCeglie_
Team Leader

_Deputy Inspector Derrick Corrado_
Commanding Officer, Group 41

Worksheet#

_Sergeant Larry Flunory_
Investigating Officer

_Thomas McGrath_
C.O., Manhattan/Bronx

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804          C# 08-0686          Group 41# 08-119

Accompanying Investigator(s) : N/A.

Case Investigator: Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: ATTEMPT TO LOCATE A WITNESS

Time:    1400      Day: Tuesday      Date:    January 17, 2012

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

On January 17, 2012  Department Advocate Lisa Bland asked the undersigned to interview Klaus Jurgen Pritchet.

The undersigned completed a criminal records check form on Mr. Klaus Jurgen Pritschet D.O.B: 6/9/1980, 250 Charleston Avenue, Romeoville, IL, 60446    The records check results indicated no record.

The undersigned contacted the village of Romeoville Illinois Police Department located at 1050 West Romeo Road, Romeoville, IL, 60446-1391, telephone number 815 886-7219. An unidentified member of the Romeoville Police Department stated that Mr. Klaus Pritchet has no criminal record in Romeoville, IL.  He is the owner of a house at 250 Charleston Avenue, Romeoville, IL Which he  rents to Daisy Pritchett telephone number 815 886-5086.  The unidentified employee stated that Mr. Pritchet's address is 4921 Bluffton Street, Bluffton, South Carolina.

The undersigned contacted Bluffton Police Department at 39 Persimmon Street Bluffton, South Carolina. 843-706-4550.  The undersigned  was told to contact their narcotics unit at 843-247-5616 for further information.

The undersigned made numerous calls to 815 886-5086 to contact Mr. Pritchet, but received no answer.

The undersigned also made numerous calls to 843-247-5616 to contact Bluffton Police Department narcotics unit, but did not get an answer.

Case active.

Lieutenant Louis DeCeglie
Team Leader

D. I. Derrick Corrado
Commanding Officer, Group 41

Worksheet#

Sergeant Larry Flunory
Investigating Officer

Captain Thomas McGrath
C.O. Manhattan/Bronx

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From:  Sgt. Larry Flunory

Log#  08-32804        C#  08-0686                    Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation:  Narcotic Use/Steroids

Subject:  Department Advocate Lisa Bland Conferral

Time:  1000      Day:  Tuesday      Date:  January 17, 2012

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

On January 17, 2012 the undersigned had a scheduled trial preparation with department advocate Lisa Bland. We discussed the case. Ms. Bland informed the undersigned to keep looking for Klaus Jurgen Pritchet. Mr. Pritchet is the individual whom Israel Sanchez sent the steroid request orders through the internet. Mr. Pritchet mailed the steroid orders out using United States mail. Ms. Bland wants Mr. Pritchet interviewed to corroborate the information from Israel Sanchez's interviews that Mr. Pritchet sent the subject officer Hector Rodriguez steroids.

Case active.

_____
Sergeant Larry Flunory
Investigating Officer

_____
Captain Thomas McGrath
C.O. Manhattan/Bronx

_____
Lieutenant Louis DeCeglie
Team Leader

_____
D. I. Derrick Corrado
Commanding Officer, Group 41

Worksheet#

**INTERNAL AFFAIRS BUREAU**
**GROUP #41**
**INVESTIGATING OFFICERS REPORT**

From: Sgt. Larry Flunory

Log# 08-32804          C# 08-0686          Group 41# 08-119

Accompanying Investigator(s): N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: ATTEMPT TO LOCATE A WITNESS

Time:   1500      Day: Wednesday      Date:   January 18, 2012

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

On January 18, 2012 the undersigned called Daisy Pritschet's telephone number 815 886-5086 numerous times but received no answer.

The undersigned contacted Bluffton, South Carolina Police Department and requested a Criminal background check on Klaus Jurgen Pritschet D.O.B. 6/9/1980. The undersigned was informed that their computer system shows no arrest for Mr. Pritschet.

Note:  Romeville, IL Police Department and B.C.I. III checks also revealed no record for Mr. Pritschet.

Sergeant Staudinger conducted a public records check on Mr. Pritschet that revealed a different telephone number 815 886-5087. The undersigned tried that number numerous/times but received no answer.

Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Thomas McGrath
C.O. Manhattan/Bronx

Lieutenant Louis DeCeglie
Team Leader

D. I. Derrick Corrado
Commanding Officer, Group 41

Worksheet#

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory

Log# 08-32804          C# 08-0686          Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator: Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: CONFERRAL WITH DEPARTMENT ADVOCATE LISA BLAND

Time:    1500    Day: Wednesday    Date:  January 18, 2012

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

    On January 18, 2012 the undersigned conferred with Ms. Bland and we agreed to continue attempting to contact witness Mr. Pritschet.  Mr. Pritschet is the person according to interviews and emails sent steroids to Sergeant Hector Rodriguez.

    The undersigned informed Ms. Bland that certified letters will be sent to Mr. Pritschet's known addresses Romeoville, IL and Bluffton, South Carolina.  The undersigned will continue to attempt to contact Mr. Pritschet via cell phone numbers.

    Ms. Bland informed the undersigned Sergeant Hector Rodriguez steroid case, department trial is pending; the case remains a TERMINATION CASE.

    The undersigned reviewed Sergeant Hector Rodriguez, tax number 916569, Iapro, it revealed no new logs since he was modified on 9/28/10 for Criminal Possession of a Control Substance (Steroids). Sergeant Rodriguez present assignment is PSA 6, he was hired on June 30, 1995 therefore he has 17 years on the Police Department.

Sgt. Case active

_____
Sergeant Larry Flunory
Investigating Officer

_____
Captain Thomas McGrath
C.O. Manhattan/Bronx

_____
Lieutenant Louis DeCeglie
Team Leader

_____
D. I. Derrick Corrado
Commanding Officer, Group 41

Worksheet#

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

**From:** Sgt. Larry Flunory

**Log#** 08-32804          **C#** 08-0686          Group 41# 08-119

**Accompanying Investigator(s) :** N/A

**Case Investigator:** Sergeant Larry Flunory

**Allegation:** Narcotic Use/Steroids

**Subject: MAILED CERTIFIED LETTERS**

**Time:** 1500          **Day:** Wednesday          **Date:** January 19, 2012

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

On January 19, 2012 the undersigned mailed certified letters to the following addresses to contact witness, Klaus Pritschet.

Klaus Jurgen Pritschet
250 Charleston Avenue
Romeoville, IL 60446
U.S. Postal Service Certified Mail Receipt # 7011 1570 0003 7448 9636

Klaus Jurgen Pritschet
4921 Bluffton Street
Bluffton, S.C. 29910
U.S. Postal Service Certified Mail Receipt # 7011 1570 0003 7448 9643

Case active.

Sergeant Larry Flunory
Investigating Officer

Captain Thomas McGrath
C.O. Manhattan/Bronx

Lieutenant Louis DeCeglie
Team Leader

D.I. Derrick Corrado
Commanding Officer, Group 41

Worksheet#

**INTERNAL AFFAIRS BUREAU**
**GROUP #41**
**INVESTIGATING OFFICERS REPORT**

From:  Sgt. Larry Flunory

Log#  08-32804        C#  08-0686        Group 41# 08-119

Accompanying Investigator(s) : N/A

Case Investigator:  Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject:  RECORDED INTERVIEW WITH WITNESS KLAUS PRITSCHET
GROUP 41 TAPE # 12-054

Time:  1630        Day:  Wednesday        Date:  January 25, 2012

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional Responsibility is in receipt of information which may involve a member of the service of the NYPD. During the course of a DEA investigation conducted by the San Diego Division, former NYPD Officer Israel Sanchez was arrested by the San Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled guilty and cooperated with the San Diego Division investigation. Subsequently, Mr. Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector Rodriguez, NYPD, in January 2007. This matter is being referred to your office for whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with OPR Senior Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to OPR File # AD-08-0222. Copy of fax attached. (WT)

On January 24, 2012 the undersigned received a note that Mr. Pritschet called the undersigned.   The undersigned returned the call to telephone   630-915-4083.   Mr. Pritschet stated that he received the letter the undersigned sent.

Mr. Pritschet stated that he is aware of Operation Raw Deal. In 2007-2008, the Drug Enforcement Administration conducted an internet operation dealing with steroid distribution from China.

Mr. Pritschet stated that he did not distribute or sell steroids for profit. Mr. Pritschet admitted to selling but was reluctant to state he sold steroids and human growth hormone H.G.H. Mr. Pritschet was very familiar with the Green Dot Card.  He stated that when he mailed steroids and H.G.H. he used the United States Mail and had it delivered with a confirmation number.  Mr. Pritschet stated that the price for H.G. H. is about $300.00 dollars. Mr. Pritschet stated he communicated via email hush mail system because they send out encrypted emails. Mr. Pritschet stated that H.G.H. was mailed in a box no needles, dry power.  Steroid kits have clear vials with blue tops.

Mr. Pritschet stated numerous times that he did not mail any steroids or H.G.H to New York or Washingtonville.  He further stated that he does not recall selling to Hispanics, he only recalls dealing with Europeans and a black male, basketball player playing division III basketball from North Carolina.

Mr. Pritschet stated his family is from Germany, he used steroids and H.G.H. to help him compete. He competed in Las Vegas body building competition.  He competed for Mr. U.S.A. and was eliminated in the first round.

The undersigned asked Mr. Pritschet did he sell any steroids to any police officers? Mr. Pritschet replied," no!" He was also told to never deal with police officers. Mr. Pritschet was adamant he did not know Israel Sanchez, Hector Rodriguez or Raphael Gonzalez.

The undersigned requested an additional contact telephone number. Mr. Pritschet gave his wife's cell phone number 630-340-7615.

Mr. Pritschet stated the reason people use H.G.H. is because it cycles out the system fast not like steroids that takes eighteen (18) months. H.G.H. helps your body recover from training. The training puts stress on bones and liver. The steroids and H.G.H. helps increase endurance.

Case active.

Lieutenant Louis DeCeglie
Team Leader

D. I. Derrick Corrado
Commanding Officer, Group 41

Worksheet#

Sergeant Larry Flunory
Investigating Officer

Captain Thomas McGrath
C.O. Manhattan/Bronx

INTERNAL AFFAIRS BUREAU
GROUP #41
INVESTIGATING OFFICERS REPORT

From: Sgt. Larry Flunory                    Group 41# 08-119

Log#    08-32804        C#  08-0686

Accompanying Investigator(s) : N/A

Case Investigator:   Sergeant Larry Flunory

Allegation: Narcotic Use/Steroids

Subject: CONFERRAL WITH DEPARTMENT ADVOCATE LISA BLAND

Time:    1630        Day:   Wednesday        Date:   January 25, 2012

(WT) 07/23/08 @ 1439 HRS RECEIVED FAX FROM CHIA***FORMER MOS-
INFO ONLY/NARCOTICS USE/STEROIDS***The DEA, Office of Professional
Responsibility is in receipt of information which may involve a member of the
service of the NYPD. During the course of a DEA investigation conducted by the San
Diego Division, former NYPD Officer Israel Sanchez was arrested by the San
Diego Division for distribution of steroids and growth hormones. Mr. Sanchez pled
guilty and cooperated with the San Diego Division investigation. Subsequently, Mr.
Sanchez admitted he provided personal use amounts of steroids to Sgt. Hector
Rodriguez, NYPD, in January 2007. This matter is being referred to your office for
whatever action you deem appropriate. Any questions contact Sgt. Rodriguez with
OPR Senior-Inspector Paul Cronin, Newark Office, at (973)-776-7000, and refer to
OPR File # AD-08-0222. Copy of fax attached. (WT)

    On January 25, 2012 the undersigned conferred with  Department Advocate Lisa
Bland.  The undersigned informed Ms. Bland that the witness she wanted interviewed
Klaus Jurgen Pritschet was interviewed and made some statements that corroborate
former M.O.S. Police Officer Israel Sanchez and Sergeant Hector Rodriguez.    Mr.
Pritschet made some statements that was not consistent with information obtained from
Israel  Sanchez.  Mr. Pritschet  denied  knowing  Israel  Sanchez  and sending H.G.H. or
*Steroids to anyone in New York or Washington ville area.

    Ms. Bland stated that she wants all new work sheets and a copy of the recorded
interview with Klaus Jurgen Pritschet so she can transcribe the disc for the subject
officer's attorney.

Case active.

Sgt.
Sergeant Larry Flunory
Investigating Officer

Captain Thomas McGrath
C.O. Manhattan/Bronx

Lieutenant Louis DeCeglie
Team Leader

D. I. Derrick Corrado
Commanding Officer, Group 41

Worksheet#

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------X

SERGEANT HECTOR RODRIGUEZ,

          Plaintiff

    --against--

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, SERGEANT LARRY FLUNORY, individually and in his official capacity and as Agent of the Defendant, The City of New York and New York City Police Department, DEPUTY INSPECTOR MATTHEW HYLAND, individually and in his official capacity, and as Agent of the Defendant, The City of New York and New York City Police Department, LIEUTENANT LOUIS DE CEGLIE, individually and in his official, capacity and as Agent of the Defendant, The City of New York and New York City Police Department, LIEUTENANT PATRICK J. HICKEY, individually and in his official capacity as Agent of the Defendant, The City of New York and New York City Police Department, CAPTAIN DERRICK S. CORRADO, individually and in his official capacity as Agent of the Defendant, The City of New York and New York City Police Department, ATTORNEY LISA BLAND individually and in her Official Capacity as an Agent of The Defendants the Department Advocates' Office, The City of New York and New York City Police Department; DEPUTY COMMISSIONER, ATTORNEY JULIE L. SCHWARTZ of the Department Advocate's Office, individually and in her official capacity and as agent of The City of New York and New York City Police Department; Department Advocates' Office in Its Official Capacity as Agent of the Defendant, The City of New York and New York City Police Department and "JOHN DOES"and "JANE DOES", names being fictitious intended to be officers/representatives/agents/servants of The City of New York and The New York City Police Department, individually and in their official capacity,

          Defendants.

----------------------------------------------X

**SUMMONS IN CIVIL ACTION AND COMPLAINT AND JURY DEMAND**

**DRUMMOND & SQUILLACE, PLLC**
*Attorneys for Plaintiff*
**175-61 Hillside Avenue, Suite 205**
**Jamaica, NY 11432**
**(718) 298-5050**