"EXHIBIT 2"

------------------------------------------------------------------------------X
              :

**POLICE DEPARTMENT - CITY OF NEW YORK**
**- Petitioner -**

**- against -**
**SERGEANT HECTOR RODRIGUEZ**

**Tax Registry No: 916569**
**- Respondent -**

        **NOTICE OF AMENDMENT**
          **OF CHARGES**
        **DISCIPLINARY CASE**
          **2010-2139**

------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that Counsel for the Petitioner has amended the Charges and Specifications dated September 10, 2010 , as follows

**Specification No. 1 will remain the same and read:**

**1**  Said Sergeant Hector Rodriguez, assigned to Bronx Vice, on or about and between January 2007 and May 2007, did knowingly and unlawfully attempt to possess a controlled substance, to wit: said sergeant did attempt to possess and/or ingest anabolic steroids and/or human growth hormones for purposes outside the normal course of standard medical care.

        P.L. 110/220.03                    ATTEMPTED CRIMINAL POSSESSION OF A
                                      CONTROLLED SUBSTANCE IN THE SEVENTH
                                        DEGREE

Dated March 21, 2012
       New York, New York

**LISA BLAND , AGENCY ATTORNEY**
**Department Advocate's Office**
**One Police Plaza, Room 402**
**New York, New York 10038**

---

**SERGEANT HECTOR RODRIGUEZ**

_____/_____/_____

**DATE**                              **TIME AM/PM**

_____/_____/_____

**WITNESS**                             **DATE**

RYDD V. SGT. HECTOR RODRIGUEZ 2010-2139

CHARGES AND SPECIFICATIONS

PD 468-121 (Rev. 1-02)-Pent

Page 1 of 2

| Command 497 - INTERNAL AFFAIRS BUREAU | Serial No. 10-45518 | I.A.B. Log No 09-32844 | I.A.B. Member Notified # 895449 - LARRY FLUNORY | Department Advocate's Office Serial Number 2010-2139 |
|---|---|---|---|---|

Date 09/10/2010

## TO THE POLICE COMMISSIONER:

| | Rank-Title | Name | Shield No. | Tax Reg. No. |
|---|---|---|---|---|
| I hereby CHARGE | SGT | HECTOR RODRIGUEZ | 00197 | 916569 |

| Squad or Chart No. | Command VICE ENF DIV BRONX | Date Entered Dept. 06/30/1995 |
|---|---|---|

with VIOLATION OF DEPARTMENT REGULATIONS

### SPECIFICATIONS

1  Said Sergeant Hector Rodriguez, assigned to Bronx Vice, on or about and between January 2007 and May 2007, did knowingly and unlawfully possess a controlled substance, to wit: said sergeant did possess and/or ingest anabolic steroids and/or human growth hormones for purposes outside the normal course of standard medical care.

P.L. 220.03

CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE IN THE SEVENTH DEGREE

DERRICK S CORRADO
CAPTAIN

Instructions: After all specifications are entered, list witnesses for the department. (If witness is civilian, enter name and address on Official Letterhead PD 158-151). If member of the force, give rank, name, shield number and command. Also indicate scheduled vacation (if any), chart, squad no., or working schedule of complainant, respondent and witnesses (if member of the department).

TOTAL P.02

UTM 330

POLICE DEPARTMENT
CITY OF NEW YORK

September 13, 2010

From:      Commanding Officer, Internal Affairs Bureau, Group 41, Area A

To:        First Deputy Commissioner

Subject:   REQUEST THAT CHARGES AND SPECIFICATIONS BE
           PREFERRED AGAINST SERGEANT HECTOR RODRIGUEZ, TAX
           #916569, BRONX VICE ENFORCEMENT DIVISION

1.    It is requested that Charges and Specifications be preferred against Sergeant
Hector Rodriguez, assigned to Bronx Vice, in connection with Internal Affairs Bureau
Log /# 08-32804. The facts that support this request follow.

2.    The San Diego Division of the Drug Enforcement Administration (DEA)
conducted an investigation which resulted in the arrest of former New York City Police
Officer, Israel Sanchez, for distributing steroids. Israel Sanchez cooperated with
investigators and stated that between January 2007 and May 2007, he provided HGH, a
drug regulated by the Food and Drug Administration (FDA) and steroids, a schedule III
controlled substance to Sergeant Hector Rodriguez for his personal use. Sergeant Hector
Rodriguez placed his steroids order by telephone with payment made through Green Dot
cards. The products were mailed to the residence of Sergeant Rodriguez. The
undersigned retrieved internet records that corroborated the statements of Israel Sanchez.

3.    On September 30, 2009 Sergeant Hector Rodriguez was interviewed under Patrol
Guide 206-13 by members of the Internal Affairs Bureau Group #41. During the
interview, Sergeant Rodriguez admitted to purchasing supplements that contained needles
and a liquid mixture from Mr. Sanchez using a Green Dot card. Sergeant Hector
Rodriguez stated that he did not use the product and he reported that he discarded it in the
garbage. The needles and mixture described are consistent with steroids possession,
although Sgt. Rodriguez denied knowing the products were illegal. Based on the
aforementioned, it is requested that Charges and Specifications be preferred for
possession of anabolic steroids.

4.    For Your Information.

Derrick Corrado
Captain

P.02

SEP-28-2010  12:59